## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### NOTICE OF REMOVAL OF A CIVIL ACTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on March 7, 2008, to the following non-ECF filers:

Dorothy Brown
Clerk of the Circuit Court of Cook County
Law Division, Room 801
Richard J. Daley Center
Chicago, Illinois 60602

Keith A. Hebeisen
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602

Barker Castro, LLC
*Attorney for Mount Sinai Hospital*
115 South LaSalle Street, #2200-4
Chicago, Illinois 60603

Barker Castro, LLC
*Attorney for Sinai Medical Group Ltd.*
115 South LaSalle Street, #2200-4
Chicago, Illinois 60603

Barker Castro, LLC
*Attorney for Slater Michael, M.D.*
115 South LaSalle Street, #2200-4
Chicago, Illinois 60603

Hall Prangle Schoonveld
*Attorney for Hanna Health P.C.*
200 South Wacker Drive, Suite 330
Chicago, Illinois 60606

Hall Prangle Schoonveld
*Attorney for Holy Cross Hospital*
200 South Wacker Drive, Suite 330
Chicago, Illinois 60606

Brenner Ford & Monroe Ltd.
*Attorney for Khosla Sandeep, M.D.*
33 North Dearborn, Suite 300
Chicago, Illinois 60602

Hall Prangle Schoonveld
*Attorney for Allegretti Paul Do*
200 South Wacker Drive, Suite 330
Chicago, Illinois 60606

Donohue Brown Mathewson
*Attorney for Clark Elizabeth M.D.*
140 South Dearborn, Suite 700
Chicago, Illinois 60603

Hall Prangle Schoonveld
*Attorney for Emergency Room Care Pro*
200 South Wacker Drive, Suite 330
Chicago, Illinois 60606

By: s/ Ann L. Wallace
ANN L. WALLACE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
ann.wallace@usdoj.gov