UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
MAR 0 7 2008 NF
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAKITTA HERNANDEZ, | )<br>) No. 08 C 1380 |
| Plaintiff, | )<br>)<br>) Judge Kocoras |
| v. | )<br>) |
| UNITED STATES, OF AMERICA, SINAI HEALTH SYSTEM, a corporation, *et al*, | )<br>) Formerly Case No. 07 L 008301<br>) Circuit Court of Cook County, Illinois<br>) |
| Defendants. | ) |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, March 18, 2008**, at **9:30 a.m.** at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge St.Kocoras in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **UNITED STATES OF AMERICA'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ann L. Wallace
ANN L. WALLACE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
ann.wallace@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES OF AMERICA'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on March 7, 2008, to the following non-ECF filers:

Keith A. Hebeisen
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602

Brenner Ford & Monroe Ltd.
33 North Dearborn, Suite 300
Chicago, Illinois 60602

Hall Prangle Schoonveld
200 South Wacker Drive, Suite 330
Chicago, Illinois 60606

Barker Castro, LLC
115 South LaSalle Street, #2200-4
Chicago, Illinois 60603

Donohue Brown Mathewson
140 South Dearborn, Suite 700
Chicago, Illinois 60603

By: s/ Ann L. Wallace
ANN L. WALLACE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
ann.wallace@usdoj.gov