## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Lakitta Hernandez
                             Plaintiff,

v.
                                                          Case No.: 1:08−cv−01380
                                                          Honorable Charles P. Kocoras

Sinai Health System, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 3/18/2008. United States of America's motion [3] to dismiss is entered and continued to 5/8/2008 at 9:30 a.m. Status hearing is reset from 4/17/2008 to 5/8/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.