

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LAKITTA HERNANDEZ,

Case Number: 08 C 1380

v.                                    Plaintiff,

UNITED STATES OF AMERICA, SINAI HEALTH SYSTEM,
a corporation, et al.,

                                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**FILED**

J.N Mar 14, 2008

MAR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)** Robert A. Strelecky | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ | |
| **FIRM** Clifford Law Offices, P.C. | |
| **STREET ADDRESS** 120 N. LaSalle Street, Suite 3100 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 316429 | TELEPHONE NUMBER (312) 899-9090 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]          APPOINTED COUNSEL [ ]