WJR:kkc            03817-228-HESI            Atty. No. 13507

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LATITTA HERNANDEZ, ) | |
|            Plaintiff, ) | |
| v. ) | No. 07 L 8301 |
| SINAI HEALTH SYSTEM, a corporation, ) | |
| MOUNT SINAI HOSPITAL MEDICAL CENTER ) | |
| OF CHICAGO, a corporation, ) | |
| SINAI MEDICAL GROUP, LTD., a corporation, ) | |
| HOLY CROSS HOSPITAL, a corporation, ) | |
| SANDEEP KHOSLA, M.D., ) | |
| JOSE DANIEL BENATAR, M.D., ) | |
| MICHAEL SLATER, M.D., ) | |
| ELIZABETH CLARK, M.D., ) | |
| EMERGENCY ROOM CARE PROVIDER, S.C., ) | |
| PAUL ALLEGRETTI, D.O., ) | |
| HANNA HEALTH, P.C., a corporation, ) | |
| NAGUI HANNA, M.D., ) | |
|            Defendants. ) | |

## APPEARANCE

The undersigned, as attorney, enters the appearance of the defendant:

JOSE DANIEL BENATAR, M.D.

                            _/s/ William J. Rogers_
                            William J. Rogers
                            Attorney for defendant Dr. Benatar

BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
(312) 466-8000

     I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                            _/s/ William J. Rogers_
                            Attorney for defendant Dr. Benatar

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILL

WJR:kkc  03817-228-HESI  Atty. No. 13507

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LATITTA HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 L 8301 |
| ) | |
| SINAI HEALTH SYSTEM, a corporation, ) | |
| MOUNT SINAI HOSPITAL MEDICAL CENTER ) | |
| OF CHICAGO, a corporation, ) | |
| SINAI MEDICAL GROUP, LTD., a corporation, ) | |
| HOLY CROSS HOSPITAL, a corporation, ) | |
| SANDEEP KHOSLA, M.D., ) | |
| JOSE DANIEL BENATAR, M.D., ) | |
| MICHAEL SLATER, M.D., ) | |
| ELIZABETH CLARK, M.D., ) | |
| EMERGENCY ROOM CARE PROVIDER, S.C., ) | |
| PAUL ALLEGRETTI, D.O., ) | |
| HANNA HEALTH, P.C., a corporation, ) | |
| NAGUI HANNA, M.D., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT DR. JOSE BENATAR'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES the defendant, DR. JOSE BENATAR, by and through his attorneys, BOLLINGER, RUBERRY & GARVEY, and for his answer to plaintiff's complaint, states the following:

1.-5.   The allegations contained in paragraphs 1 through 6 of plaintiff's complaint are not directed toward this defendant and, therefore, no answer is made thereto.

6.   This defendant admits the allegations contained in paragraph 6.

7.   The allegations contained in paragraph 7 call for a legal conclusion and this defendant neither admits nor denies said allegations, but demands strict proof thereof.

8.-18. The allegations contained in paragraphs 8 through 18 of plaintiff's complaint are not directed toward this defendant and, therefore, no answer is made thereto.

19. This defendant admits the allegations contained in paragraph 19.

20. This defendant admits that he treated the plaintiff, but denies the dates alleged.

21.-34. The allegations contained in paragraphs 21 through 34 of plaintiff's complaint are not directed toward this defendant and, therefore, no answer is made thereto.

35. This defendant admits all duties imposed by law, and denies that he breached any duties.

36. This defendant denies the allegations contained in paragraph 36 and each and every subparagraph thereunder.

37.-44. The allegations contained in paragraphs 37 through 44 of plaintiff's complaint are not directed toward this defendant and, therefore, no answer is made thereto.

45. This defendant denies the allegations contained in paragraph 45.

46. This defendant admits that a pleading is attached.

WHEREFORE, defendant, DR. JOSE BENATAR, denies plaintiff is entitled to recovery in any amount whatsoever and prays that the court dismiss plaintiff's complaint.

William J. Rogers
Attorney for defendant Dr. Jose Benatar

BOLLINGER, RUBERRY & GARVEY
500 W. Madison St.
Suite 2300
Chicago, IL 60661
312-466-8000
Atty. No. 13507