KAH/tls     07-0079

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAKITTA HERNANDEZ,                     )
                                       )  No. 08 C 1380
              Plaintiff,               )
                                       )  Judge Kocoras
       v.                              )
                                       )
UNITED STATES OF AMERICA, SINAI        )
HEALTH SYSTEM, a corporation, et al.,  )  Formerly Case No. 07 L 008301
                                       )  Circuit Court of Cook County, Illinois
              Defendants.              )

## <u>AFFIDAVIT</u>

1.      I am the Plaintiff in the above-captioned matter.

2.      Before July 26, 2005, I received some of my family and routine medical care at
Access Community Health Network, also known as the Auburn-Gresham Family Health Center,
located at 8234 South Ashland Avenue in Chicago. Before July 26, 2005, I also saw Clyde Lawson,
M.D., for gynecological care at Access-King Obstetrics/Gynecology at 2720 West 15th Street.

3.      On July 26, 2005, I was seen by Sandeep Khosla, M.D., a cardiologist, at Sinai
Medical Group, located at 2720 West 15th Street in Chicago, across the street from Mount Sinai
Hospital. The records from that visit are attached as Exhibit 1. I was billed by Sinai Medical Group
for Dr. Khosla's services on that date. (Exhibit 2).

4.      The first time I saw Jose Benatar, M.D. was August 8, 2005 at Mount Sinai Hospital
when he performed my cardiac catheterization (see attached Exhibit 3). I received a bill from Sinai
Medical Group for Dr. Benatar's services for this procedure. (Exhibit 2).



5.    As follow-up for my cardiac catheterization, I saw Dr. Khosla on August 16, 2005 at Sinai Medical Group (see attached Exhibit 4).

6.    The second time I encountered Dr. Jose Benatar was for follow up for my cardiac catheterization. This was on August 19, 2005, at Sinai Medical Group (see attached Exhibit 5).

7.    I was billed by Sinai Medical Group for a visit by Dr. Benatar on September 26, 2005 during a hospitalization at Mount Sinai Hospital from September 21 through October 14, 2005. A copy of that bill is attached. (Exhibit 6).

8.    I never saw Dr. Jose Benatar at Access Community Health Network or the Auburn Gresham Family Health Center.

9.    The only billing records I have from Access Community Health Network for the period of August 8, 2005 through September 26, 2005 are attached as Exhibit 7, none of which relate to the August 8, 2005 catheterization or August 19, 2005 visit at Sinai Medical Group with Dr. Benatar.

FURTHER AFFIANT SAYETH NOT.

*Lakitta Hernandez*
LAKITTA HERNANDEZ

Subscribed and sworn to
before me this 3rd day of
April, 2008.

*Deborah A. Teunissen*
Notary Public

"OFFICIAL SEAL"
Deborah A. Teunissen
Notary Public, State of Illinois
My Commission Expires April 10, 2010

CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street - 31st Floor
Chicago, Illinois 60602
(312) 899-9090

## *CARDIOLOGY*

REFERRING MD **Prabhakar**

HERNANDEZ          ,LAKITTA          F
12/13/59   07/26/05      AN 000009099730
KHOSLA MD,SANDE     KLI New Patient Card
KHOS              NONE              KLI.CAR
COMMERCIAL INSURAN SMG.KLIM02
353900932            (UNIT#001637668 )

**NURSING ASSESSMENT:**

BP 106 / 60          SMOKING YRS

HR 88                CURRENT _____

RR 20                FORMER _____

TEMP _____      NEVER _____          Tricor 48mg qday

HT _____        FAMILY HISTORY _____   Zocor 40 qday

WT 281               (HEART DISEASE)              Atenolol 25/day

ALLERGIES DCN        MARITAL STATUS _____    ASP 81 1qg

K. McClain

---

CC NEW pt.

**HPI** (include location, quality, severity, duration, timing, context, modifying factors and associated symptoms)

Ambulates 1/2 block → fatigue, SOB, ⊖ chest pain / pressure
BLE edema (new), ⊖ claudication, ⊖ diaphoresis ⊤ CP.
⊖ dizziness, (+) palps, (+) PND

**REVIEW OF SYSTEMS:**

| | | |
|---|---|---|
| CONSTITUTIONAL _____ | GASTROINTESTINAL _____ | NEUROLOGICAL _____ |
| EYES _____ | GENITOURINARY _____ | PSYCHIATRIC _____ |
| ENT _____ | MUSCULO SKELETAL _____ | ENDOCRINE DM |
| RESPIRATORY asthma | SKIN/BREAST _____ | ALLERGIC IMMUNOLOGIC DCN |

(CIRCLES POSITIVE)

ALL OTHER NEGATIVE _____

PAST AND SOCIAL HISTORY (+) Smokes 3 cig / day, BETOH, ⊖ OA
"mini MI", past cardiac cath but ⊖ results (2000), DM

---

**EXAMINATION:**

GENERAL APPEARANCE: ⊖    WELL DEVELOPED AND NOURISHED

APPEARS STATED AGE

HEENT/NECK    EYES ___    ENT _____    JVP _____

RESPIRATORY: ⊖    NORMAL AIR ENTRY B/L, NO CRACKLES OR WHEEZES

ABNORMAL _____

CARDIOVASCULAR:

PALPATION: ⊖    NO HEAVE OR THRILL, CARDIAC IMPULSE NOT DISPLACED

ABNORMAL _____

AUSCULTATION S₁S₂ ⊖ rub ⊖ murmur ⊖ g.

PULSES:    CAROTID 2/2 _____

FEMORAL 2/2 _____

PEDAL  2/2 _____

PLAINTIFF'S

**EXAMINATION CONT:**

ABDOMINAL EXAM          MASSES OR TENDERNESS    No  ✓

                        HEPATO-SPLENOMEGALLY    No  ✓

NEUROLOGICAL/PSYCHIATRIC:

                        ORIENTED TO TIME PLACE AND PERSON   (Note if abnormal)

                        NORMAL AFFECT AND MOOD   (Note if abnormal)

MUSCULO-SKELETAL/GENITOURINARYSKIN:   Normal _____

                        (DETAIL IF ABNORMAL) _____

_____

**LABORATORY DATA   Tests Reviewed (list all that were reviewed):**

1.  EKG _____
2.  6/04  ECHOCARDIOGRAM  EF 60%, NML systolic, NML diastole, TRace TR, mild PH
3.  6/04  STRESS TEST  ✓ thlund, NSG ischemia △
4.  ANGIOGRAM _____
5.  11/04  CBC, HEMAT, CHOLESTEROL, ETC  139 | 165 | 8 | < 109   HCT 32
6.  OTHER _____  4.2 | 27 | 0.8 |   LDL 146

**PROBLEM LIST /PLAN:**

Cath
aug 3

B10  (now? done)

1.  PROBLEM #1  Chest Pain
    PLAN/WORK-UP  (+) CP / SOB, (+) diaphor / dizzy, (+) LLL
    H/O MI, (+) palps, Past cardiac cath but results
    unavailable, (+) DM. attempt stress test ✓ ischemia.

2.  PROBLEM #2  SOB c̄ rest & on exertion.
    PLAN/WORK-UP  (+) smoking.

3.  PROBLEM #3  HTN
    PLAN/WORK-UP  Controlled on current regime
    Add Lisinopril / LASIX ( 135 / 85 re ✓ )

TFC
31.7

4.  PROBLEM #4  BLE Edema.
    PLAN/WORK-UP  LASIX 20 mg a day

5.  PROBLEM #5 _____
    PLAN/WORK-UP _____

_____

☐ SANDEEP KHOSLA, M.D.
☐ AZIZ AHMED, M.D.

# CARDIOLOGY

**REFERRING MD** _Prabhakar_

HERNANDEZ
12/13/59    07/26/05    ,LAKITTA        F
KIDSLA MD,SANDE         AN 000009099730
KHO6                    KLI New Patient Card
COMMERCIAL INSURAN SMG,KLIMD2  KLI.CAR
353900932               (UNIT#001637668 )

## NURSING ASSESSMENT:

BP _106/60_              SMOKING _YES_

HR _88_                          CURRENT _____

RR _20_                          FORMER _____

TEMP _____                 NEVER _____

HT _____                FAMILY HISTORY _____

WT _281_                      (HEART DISEASE)

ALLERGIES _PCN_              MARITAL STATUS _____
_K. McClain_

_Tricor 48mg qday_
_Zocor 40 qday_
_Atenolol 25 day_
_ASA 8T qd_

---

**CC** _NEW pt._

**HPI** (include location, quality, severity, duration, timing, context, modifying factors and associated symptoms)
_Ambulates 1/2 block → fatigue, SOB, (⊕) chest pain (pressure)_
_BLE edema (new), ⊕ claudication, ⊕ diaphoresis × cp_
_⊖ dizziness, (⊕) pols, (⊕) PND_

**REVIEW OF SYSTEMS:**

| CONSTITUTIONAL | _____ | GASTROINTESTINAL | _____ | NEUROLOGICAL | _____ |
| EYES | _____ | GENITOURINARY | _____ | PSYCHIATRIC | _____ |
| ENT | _____ | MUSCULOSKELETAL | _____ | ENDOCRINE | _DM_ |
| RESPIRATORY | _asthma_ | SKIN/BREAST | _____ | ALLERGIC IMMUNOLOGIC | _PCN_ |

(DISCUSS POSITIVE)

ALL OTHER NEGATIVES _____

**PAST AND SOCIAL HISTORY** _⊕ smokes 3 cig/day, ⊕ETOH  ⊕ DM_
_"mini mi", past cardiac cath but ⊖results (2000), DM -_

---

## EXAMINATION:

**GENERAL APPEARANCE:**     WELL DEVELOPED AND NOURISHED
                           APPEARS STATED AGE

**HEENT/NECK:**   EYES _____   ENT _____   JVP _____

**RESPIRATORY:**     NORMAL AIR ENTRY B/L, NO CRACKLES OR WHEEZES
                    ABNORMAL _____

**CARDIOVASCULAR:**

**PALPATION:**       NO HEAVE OR THRILL. CARDIAC IMPULSE NOT DISPLACED
                    ABNORMAL _____

**AUSCULTATION** _S₁ S₂ ⊖rub ⊖murmur ⊖reg_

**PULSES:**    CAROTID 2/2 _____
             FEMORAL 2/2 _____
             PEDAL 2/2 _____

**PERIPHERAL EDEMA:**   NONE     TRACE     •     ↔     (↔)

0000 20

**EXAMINATION ONE:**

ABDOMINAL EXAM

MASSES OR TENDERNESS     NO ✓

HEPATO-SPLENOMEGALY     NO ____

**NEUROLOGICAL/PSYCHIATRIC:**

ORIENTED TO TIME PLACE AND PERSON   (Note if abnormal)

NORMAL AFFECT AND MOOD (Note if abnormal)

MUSCULO-SKELETAL/GENITOURINARY/SKIN:     NORMAL _____
(DETAIL IF ABNORMAL) _____

**LABORATORY DATA   TESTS REVIEWED (list all that were reviewed):**

1. EKG _____
2. 6/04  ECHOCARDIOGRAM EF 60%, nml systolic, nml diastolic, TR↑↑ TR, mild PH
3. 6/04  STRESS TEST ✓ tolerance, neg ischemia ∆
4. ANGIOGRAM _____
5. 11/04  CBC, HGB&T, CHOLESTEROL, ETC  139 | 165 | 8 ⟨ 109   Hct 32
   4.2 | 27 | 0.8        LDL 146
6. OTHER _____

**PROBLEM LIST /PLAN:**

*Catk aug 3*

*BNP ↑ Now (done)*

*TFC 31.7*

1. PROBLEM #1  Chest Pain
   PLAN/WORK-UP (+) CP/SOB (+) diaphoretic / dizzy, (-) PND
   H/O MI, (+) palps. Past cardiac cath but results
   unavailable, (+) DM. attempt stress test ↓ solumine.

2. PROBLEM #2  SOB c̄ rest & on exertion.
   PLAN/WORK-UP (+) smoking.

3. PROBLEM #3  HTN
   PLAN/WORK-UP  Controlled on current regimen
   Add Lisinopril / LASIX (135/80 re ✓)

4. PROBLEM #4  BLE Edema.
   PLAN/WORK-UP  LASIX 20mg a day

5. PROBLEM #5 _____
   PLAN/WORK-UP _____

☐ SANDEEP KHOSLA, M.D.
☐ AZIZ AHMED, M.D.

_____
FELLOW/RESIDENT'S SIGNATURE

_____     /   /
ATTENDING PHYSICIAN'S SIGNATURE     DATE

0000 21

# MT SINAI HOSPITAL

CALIFORNIA AVE AT 15TH ST, CHICAGO, IL 60608

## *Hemodynamic Status Report*

| Name: | HERNANDEZ,LAKITA | Age: | 45 | Height: | 5 ft 5 in |
|---|---|---|---|---|---|
| ID: | | Sex: | Female | Weight: | 281 lb |
| | | | | BSA: | 2.29 m² |

### 20 Beat Average

Page 1 of 1

| Parameter | Description | Value | Low | Normal | High |
|---|---|---|---|---|---|
| HR | Heart Rate | 80 | 58 | | 86 |
| SBP | Systolic Blood Pressure | 135 | 100 | | 140 |
| DBP | Diastolic Blood Pressure | 71 | 60 | | 90 |
| MAP | Mean Arterial Pressure | 85 | 84 | | 100 |
| CI | Cardiac Index | 2.7 | 2.5 | | 4.2 |
| CO | Cardiac Output | 6.2 | 5.7 | | 9.6 |
| SI | Stroke Index | 34 | 35 | | 65 |
| SV | Stroke Volume | 77 | 80 | | 149 |
| SVRI | Systemic Vascular Res. Index | 2339 | 1337 | | 2483 |
| SVR | Systemic Vascular Resistance | 1025 | 742 | | 1378 |
| ACI | Acceleration Index | 36 | 90 | | 170 |
| VI | Velocity Index | 24 | 33 | | 65 |
| TFC | Thoracic Fluid Content | 31.7 | 21.0 | | 37.0 |
| LCWI | Left Cardiac Work Index | 2.9 | 3.0 | | 5.5 |
| LCW | Left Cardiac Work | 6.7 | 5.4 | | 10.0 |
| STR | Systolic Time Ratio | 0.37 | 0.30 | | 0.50 |
| PEP | Pre-Ejection Period | 106 | | | |
| LVET | Left Ventricular Ejection Time | 281 | | | |

Clinical Note:

Data Collection:    07/26/05 at 13:22
Report Generated:   07/26/05 at 13:25                Signature:

*CardioDynamics*

BioZ
ICG Monitor

*Auburn Gresham*

**Sinai Medical Group**
**Kling Sub-Specialty II**
**2720 West 15ᵗʰ Street**
**Chicago, Illinois 60608**
**Phone: (773) 257-6840 Fax: (773) 257-6712**

Physicians
Specializing In:

⊖Cardiology

◆Dermatology

◆Hematology/
Oncology

◆Infectious Disease

◆Neurology

◆Nephrology

◆Pulmonary

Date: *July 29 2005*

RE: *Hernandez, Lakitta*

Consultation For: *Cardiology*

Dear Dr: *Prabhakar*

Thank you for your recent referral.

Your patient was seen in our office on *7.26.05*

Attached you will find a copy of my notes from that visit for
your records. If you have any questions or concerns, feel free
free to contact me at (773) 257-6840.

Thank you again for referring this patient.

Sincerely,

*Dr. Khosla*

CHECK CARD USING FOR PAYMENT

| | | | |
|---|---|---|---|
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 10/25/06 | 22963.36 | SC0000177660 |

PAYMENT DUE BY : 11/14/2006

SHOW AMOUNT PAID HERE   $

MAKE CHECKS PAYABLE AND REMIT TO:

STATEMENT # :   ST206298G665SC

ADDRESSEE:

40 03                                    L238HC01

LAKITTA HERNANDEZ
6714 S OAKLEY AVE
CHICAGO, IL 60636-2406

SINAI MEDICAL GROUP
3537 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**STATEMENT**

Page: 3 of 19

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PROVIDER | * | DESCRIPTION | AMOUNT | PENDING WITH INS | GUAR BALANCE |
|---|---|---|---|---|---|---|
| | KHOSLA,SANDE | | CO-INSURANCE AMOUNT | | | 9.60 |
| 11/26/05 | | | MEDICINE SERVICES | 357.00 | | |
| 11/26/05 | | | PAY SELF PAY | -10.00 | | |
| 11/29/05 | | | PAY COMMERCIAL INSURANCE CK 611478 | -219.71 | | |
| 12/06/05 | | | PAY STAR HRG | 0.00 | | |
| | Benatar,Jose | * | CO-INSURANCE AMOUNT | | | 127.29 |
| 08/08/05 | | | MEDICINE SERVICES | 820.00 | | |
| 09/23/05 | | | ADJ COMMERCIAL INSURANCE CK 640261 | -412.91 | | |
| 09/23/05 | | | PAY COMMERCIAL INSURANCE | -325.67 | | |
| 12/06/05 | | | PAY STAR HRG | 0.00 | | |
| | Benatar,Jose | * | CO-INSURANCE AMOUNT | | | 81.42 |
| 08/08/05 | | | MEDICINE SERVICES | 650.00 | | |
| 09/23/05 | | | ADJ COMMERCIAL INSURANCE CK 640261 | -594.98 | | |
| 09/23/05 | | | PAY COMMERCIAL INSURANCE | -39.55 | | |
| 12/06/05 | | | PAY STAR HRG | 0.00 | | |
| | Benatar,Jose | * | CO-INSURANCE AMOUNT | | | 15.47 |
| 08/08/05 | | | MEDICINE SERVICES | 150.00 | | |
| 09/23/05 | | | ADJ COMMERCIAL INSURANCE CK 640261 | -82.77 | | |
| 12/06/05 | | | PAY STAR HRG | 0.00 | | |
| | Benatar,Jose | * | CO-INSURANCE AMOUNT | | | 67.23 |
| 08/08/05 | | | MEDICINE SERVICES | 150.00 | | |
| 09/23/05 | | | ADJ COMMERCIAL INSURANCE CK 640261 | -89.16 | | |
| 12/06/05 | | | PAY STAR HRG | 0.00 | | |
| | Benatar,Jose | * | CO-INSURANCE AMOUNT | | | 60.84 |
| 08/08/05 | | | MEDICINE SERVICES | 100.00 | | |
| 09/23/05 | | | ADJ COMMERCIAL INSURANCE CK 640261 | -54.33 | | |

*Items marked with an asterisk have been filed to your insurance.

BUSINESS OFFICE HOURS 8am - 5pm, Monday-Friday (708-865-2844)

PAYMENT DUE BY : 11/14/2006

| DUE FROM PATIENT |
|---|
| 22963.36 |

| SUMMARY OF GUARANTOR BALANCE | | | | |
|---|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS |
| | | 46.40 | 189.20 | 22727.76 |

Guarantor Name:   LAKITTA HERNANDEZ
Tax ID:
TOTAL BALANCE:                    28297.52
PENDING WITH INSURANCE:        5334.16
GUAR BALAN                        22963.36

122358938 304362-1  516

# ❦ SINAI

**SINAI HEALTH SYSTEM**

California Avenue at 15th Street
Chicago, Illinois 60608-1797
773-542-2000

## INPATIENT/OUTPATIENT REGISTRATION FORM

| | |
|---|---|
| ACCOUNT NO. | 000116089749 |
| ROOM/BED | |
| TYPE | REG    CLI |

| | |
|---|---|
| ADMISSION DATE | 08/08/05 |
| ADMISSION TIME | 0724 |
| LOCATION/SERVICE | CATH |

| | |
|---|---|
| MEDICAL RECORD NO. | 001637668 |
| FINANCIAL CLASS | PPO |
| SOCIAL SECURITY NO. | 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 |

**PATIENT**

| | |
|---|---|
| NAME | HERNANDEZ, LAKITTA |
| STREET | 6714 S OAKLEY |
| CITY/STATE/ZIP | CHICAGO, IL 60636 |
| HOME PHONE | 773-434-8654 |
| COUNTY | COOK |

**PATIENT**

| | |
|---|---|
| DATE OF BIRTH | 12/13/59 |
| AGE | 45 |
| SEX | F |
| RACE | AFRICAN AMERICAN |
| RELIGION | BAPTIST |
| MAR. STS. | MARRIED |

**PATIENT EMPLOYER**

| | |
|---|---|
| NAME | UNEMPLOYED |
| STREET | |
| CITY/STATE/ZIP | |
| PHONE | |

**PERSON TO NOTIFY**

| | |
|---|---|
| NAME | HUTLEY, RUTH |
| STREET | 6714 S OAKLEY |
| C/ST/ZIP | CHICAGO, IL 60636 |
| HOME# | 773-434-8654    WORK# |
| RELAT. | MO |

**GUARANTOR**

| | |
|---|---|
| NAME | HERNANDEZ, NOEL |
| STREET | 6714 S OAKLEY |
| CITY/STATE/ZIP | CHICAGO, IL 60636 |
| PHONE | 773-434-8654    SOC. SEC. NO. |

**NEXT OF KIN**

| | |
|---|---|
| NAME | HERNANDEZ, NOEL |
| STREET | 6714 S OAKLEY |
| C/ST/ZIP | CHICAGO, IL 60636 |
| HOME# | 773-434-8654    WORK# |
| RELAT. | SP |

**GUARANTOR EMPLOYER**

| | |
|---|---|
| NAME | GENO'S PIZZA |
| STREET | 633 N. WELLS |
| CITY/STATE/ZIP | CHICAGO, IL |
| PHONE | 312-988-4200 |

| | |
|---|---|
| ARRIVAL DATE | |
| ARRIVAL MODE | TIME |
| PHYSICIAN 1 | Pivonka NP, Robert |
| PHYSICIAN 2 | |

**INSURANCE**

THE MEGA LIFE & HEALTH 353900932

| POLICY NUMBER | COVERAGE NO. SUBSCRIBER |
|---|---|
| ST-0100-1840 | HERNANDEZ, LAKITTA |

| | |
|---|---|
| ACCIDENT | |
| COMMENT | |
| REASON FOR VISIT | CAD |

**REFERRING PHYSICIAN**

| | |
|---|---|
| NAME | Benatar MD |
| LOCATION | AGFH |
| STREET | |
| CITY/STATE/ZIP | |
| PHONE | |

**LAST HOSPITALIZATION**

| | |
|---|---|
| WHERE | UNK |
| FROM: | TO: |

**VALUABLES TO CHECK**

| | | |
|---|---|---|
| PRIMARY LANGUAGE SPOKEN Y | ENG | USER:    GUTF |

F1-943-3 (3/94)

## INPATIENT/OUTPATIENT REGISTRATION FORM      749



**SINAI**

Sinai Health System

1. **CONSENT TO TREAT.** I understand that my condition requires hospital care and I voluntarily consent to such hospital care, including laboratory tests, diagnostic procedures, and medical treatment as deemed necessary in the judgment of my physician(s) and such associates and assistants as may be selected by this physician. I understand that physicians, nurses, and other heath care providers in training may, while under supervision, participate in my treatment and I consent to such student involvement in my care. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of any diagnosis, treatment, surgery, test or examination conducted or performed.

2. **PHYSICIANS ARE NOT EMPLOYED BY THE HOSPITAL.** I understand that the physicians who provide services to me during my stay are not employed or paid by the hospital, and the hospital does not in any way control or direct their care of patients. Rather, these physicians (including, but not limited to, my personal physician, physicians associated with Mount Sinai Community Foundation d/b/a Sinai Medical Group, emergency department physicians, radiologists, pathologists, anesthesiologists, on-call physicians, consulting physicians, surgeons, obstetricians, other specialists and any allied health care providers working with these physicians) are independent medical practitioners who have been permitted to use the hospital's facilities for the care and treatment of their patients. I understand that each of these independent medical practitioners will bill me separately for their services  My decision to seek care from the hospital is not based upon any understanding, representation or advertisement that the physicians who will be treating me are employees, agents or apparent agents of the hospital.

   I understand that if I wish to know whether or not a specific physician is employed by the hospital, it is my responsibility to ask that an administrator be called to advise me whether or not that physician is employed by the hospital. I understand that I have the right to select my own physicians and the right to change physicians at any time during my hospitalization (including, but not limited to, my personal physician, physicians associated with Mount Sinai Community Foundation d/b/a Sinai Medical Group, emergency department physicians, radiologists, pathologists, anesthesiologists, on-call physicians, consulting physicians, surgeons, obstetricians, other specialists and any allied health care providers working with these physicians). If the nature of the medical treatment, then I will ask that an administrator be called to inform me of the nature of the relationship between that physician and the hospital would affect my decision as to whether or not I will accept between that physician and the hospital.

3. **PERSONAL BELONGINGS.** I assume full responsibility for all items of personal property, including, but not limited to eyeglasses, hearing aids, dentures, jewelry, currency and all other valuables. I understand that valuables may be kept in the hospital safe upon my request and hereby release the hospital of responsibility and liability for those valuables and items of personal property which are not deposited with the hospital for safekeeping.

4. **RESPONSIBILITY FOR PAYMENT.** In consideration for services to be rendered at the hospital, the undersigned agrees, as patient or guarantor for patient, to pay the hospital for all services, facilities and supplies provided to me or the patient at the established rates, including any deductible, co-payment or charges not covered by third party payors. I accept responsibility for any cost, including attorneys' fees, incurred in the collection of these charges. I understand that if I do not consent to release medical records or later revoke such consent, I am fully responsible for payment of all charges for diagnosis and treatment received, if such refusal results in denial of payment by my insurance company. I certify that the information given by me for purposes of payment for this hospital treatment is, to the best of my knowledge, complete and accurate.

5. **ASSIGNMENT OF BENEFITS.** In consideration for services rendered at the hospital, I hereby assign and authorize direct payment to the hospital and the treating physicians, of any insurance, health plan or third party payor benefits otherwise payable to me or on my behalf for this hospitalization, emergency room or outpatient services.

6. **MEDICARE PAYMENT AND ASSIGNMENT OF BENEFITS (if applicable).** I request that payment of authorized Medicare benefits be made on my behalf for hospital and physician services furnished to me at the hospital and I assign such benefits to the hospital and the physicians providing same. I certify that the information given by me in applying for such benefits is correct and that I have completed a Medicare questionnaire. I authorize any holder of medical or other information about me to release to the Centers for Medicare and Medicaid Services (CMS) and its agents any information needed for payment of such benefits.

   I authorize the Social Security Administration to release information about my entitlement to benefits to the hospital and physicians providing services to me. If I am an inpatient Medicare beneficiary I acknowledge that I have been given a copy of the "Important Message from Medicare" patient letter.

**750**

7.  RELEASE OF MEDICAL RECORDS.  I understand that my medical records are protected under federal and state law and may be disclosed without my written consent for the purposes of treatment, payment and healthcare operations.  I further understand that the specific type of information to be disclosed may include diagnosis, prognosis, treatment for physical and psychiatric illness, treatment for alcohol or substance abuse, or HIV testing.

A.  General Release.  I hereby authorize the hospital and any physician or other health care provider who may treat me to release any and all pertinent information contained in my medical records to:

1.  entities involved in billing and collection for the hospital, physicians and ambulance/paramedic services (provided prior to my arrival at the hospital) and third party payors responsible for payment of patient charges (including but not limited to insurance companies, health benefit plans, employers involved in approval of benefit claims, government agencies or intermediaries representing any of the above);

2.  any organization or government agency authorized to license or accredit the hospital or to review quality, utilization, or cost of care rendered;

3.  any person or organization involved in discharge planning; or

4.  referring and follow-up health care providers after a hospitalization or emergency room visit.

B.  Access to Prior Records. I understand my treating physicians, nurses, and other health care providers have access to any of my prior medical records in the custody of the hospital as needed to render care during my hospital stay/visit.

C.  Specific Release For Mental Health, Drug or Alcohol Abuse or HIV Information:

1.  I hereby specifically authorize the hospital and any physician or other health care providers who may treat me for mental health, drug or alcohol abuse, or HIV and related diseases, to release any and all information contained in my past or current medical records to the persons and organizations that apply even if I am diagnosed and or treated for one of the above conditions after I have signed consent for the current hospital visit/stay.

D.  For the purpose of treatment, payment, health care operation and to facilitate continuity of care, an electronic version of the medical records may be shared with employees and physicians of entities of Sinai Health System and its affiliates, including Mount Sinai Hospital, Schwab Rehabilitation Hospital, Mount Sinai Community Foundation, d/b/a Sinai Medical Group, Sinai Community Institute and Access Community Health Network.

8.  Notice of Privacy Practices. The Sinai Health System Joint Notice of Privacy Practices has been made available to me.

9.  This consent may be revoked in writing by me at any time, except to the extent of actions that have been taken in reliance on the consent given.

_____      _____
Signature of patient/person authorized to consent for patient          Relationship

_____      _____
Street Address (if different from that of the patient)          City            State        Zip Code

Date  _8/8/05_                                   Witness _____

CONSENT NOTES (document attempts made to obtain consent and/or reason signature(s) have not been obtained).
(IF PATIENT IS UNABLE TO CONSENT OR IS A MINOR, COMPLETE THE FOLLOWING)
Patient named is a minor, _____ years of age.
Patient named above is unable to sign because: _____

_____
_____

Form #044745   01.100.9020 rev 05/05

**751**

**Please indicate the PRIMARY DIAGNOSIS and number all diagnosis in order of acuteness. Up to 4 may be marked for today's services.**

## SIGNS AND SYMPTOMS

| Description | Code | Description | Code | Description | Code | Description | Code |
|---|---|---|---|---|---|---|---|
| Abdominal pain,generalized | 78907 | Chest pain, precordial | 78651 | Fatigue/malaise | 78079 | Numbness | 7820 |
| Abnl Chest x-ray | 7932 | Chest pain, unspecified | 78650 | Fatigue/Chronic Syndrome | 78071 | Orthopnea | 78602 |
| Abnl CV function study | 79430 | Chest tightness/pressure | 78659 | Fever | 7806 | Orthostatic Hypotension | 4580 |
| Abnl EKG | 79431 | Cough | 7862 | Flushing | 78262 | Palpitations | 7851 |
| Abnl Glucose Tolerance | 7902 | Cyanosis | 7825 | Heartburn | 7871 | Septic/Hypovolemic shock | 78559 |
| Abnl Physical findings | 7964 | Diaphoresis | 7808 | Hemoptysis | 7863 | Sleep apnea | 78057 |
| Ascites | 7895 | Dizziness | 7804 | Hepatomegaly | 7891 | Swollen Limb | 72981 |
| Bacteremia | 7907 | Dyspnea | 78605 | Limb pain | 7295 | Syncope and collapse | 7802 |
| Bruit | 7859 | Edema | 7823 | Mass/lump in chest | 7866 | Syncope, Carotid sinus | 3370 |
| Cardiogenic shock | 78551 | Elevated BP (NOT HTN) | 7962 | Murmur | 7852 | Tachycardia | 7850 |

## DIAGNOSIS — ICD-9

### CORONARY ARTERY DISEASE
| | |
|---|---|
| Angina - Stable, Exertional | 4139 |
| Angina - Prinzmetal | 4131 |
| Angina, Unstable | 4111 |
| **FIFTH DIGIT FOR 410:MI <8 weeks** | |
| **1-INITIAL EPISODE OF CARE** | |
| **2-SUBSEQ EPISODE OF CARE** | |
| MI - anterior wall | 4101 |
| MI - inferior wall | 4104 |
| MI - lateral wall | 4105 |
| MI - nontransmural | 4107 |
| MI - posterior wall | 4106 |
| MI - unspecified site | 4109 |
| Old MI > 8 weeks | 412 |
| Lt Vent Aneurysm | 41410 |
| Lt Vent Mural Thrombus | 42979 |
| Post MI septal defect | 42971 |
| CAD-Native Vessel | 41401 |
| CAD-SVG | 41402 |
| CAD-Artery Bypass Graft | 41404 |
| CAD-Unspecified Graft | 41405 |

### CARDIOMYOPATHY
**HEART FAILURE**
| | |
|---|---|
| LV Congestive Failure | 4281 |
| RV Congestive Failure | 4280 |
| Cardiomegaly | 4293 |

**MYOCARDITIS**
| | |
|---|---|
| Acute | 42290 |
| Septic | 42292 |
| Toxic | 42293 |

**MYOPATHY**
| | |
|---|---|
| Primary dilated | 4254 |
| Alcoholic | 4255 |
| Post Partum | 6748 |
| Constrictive,Restrictive | 4254 |
| Amyloid | 2773/4257 |
| Secondary | 4259 |
| HOCM | 4251 |
| Ischemic | 4148 |

### HYPERTENSION
| | |
|---|---|
| Benign Hypertension | 4011 |
| Malignant Hypertension | 4010 |
| Hypertension/BN w/o CHF | 40210 |
| - w/ CHF | 40211 |
| Hypertension/MN w/o CHF | 40200 |
| - w/CHF | 40201 |
| Renal HTN/BN | 40511 |
| Chronic Hypotension | 4581 |
| Specified Hypotension | 4588 |

### PACEMAKERS/ICD
| | |
|---|---|
| Cardiac Pacemaker in situ | V4501 |
| Pacer/Lead Mech Compl | 99601 |
| Pacer or Lead infection | 99661 |
| Pacemaker Reprogramming | V5331 |
| CD in situ | V4502 |
| CD Mech Compl | 99604 |
| CD Infection | 99661 |
| CD Reprogramming | V5332 |

1 DIALYSIS ACCESS GRAFT FAILURE  996.73
AVENOUE STRUCTURE  USO 2

### HEART TRANSPLANTS
| | |
|---|---|
| Heart Transplant | V421 |
| Failure/Rejection | 99683 |
| Potential Recipient/Donor | V708 |

### RHYTHM
**BLOCK**
| | |
|---|---|
| AV Block Complete | 4260 |
| 1st Degree AV Block | 42611 |
| 2nd Degree AVB Mobitz I | 42613 |
| 2nd Degree AVB Mobitz II | 42612 |
| Left Hemiblock | 42612 |
| LBBB | 4262 |
| RBBB | 4263 |
| RBBB/LAFB | 4264 |
| RBBB/LPFB | 42652 |
| Trifascicular Block | 42654 |

**SUPRAVENT**
| | |
|---|---|
| Atrial Fibrillation | 42731 |
| Atrial Flutter | 42732 |
| Supraven PB | 42761 |
| SVT | 4270 |
| WPW | 4267 |
| SA Node Dysfunction | 42781 |
| Wandering/Ectopic A. Arrhy | 42789 |

**VENTRICULAR**
| | |
|---|---|
| Cardiac Arrest | 4275 |
| Ventricular PB | 42769 |
| Ventricular Fibrillation | 42741 |
| Ventricular Flutter | 42742 |
| Ventricular Tachycardia | 4271 |

### NATIVE VALVES
**AORTIC - RHEUMATIC**
| | |
|---|---|
| A.S. | 3950 |
| A.I. | 3951 |
| A.S./A.I. | 3952 |

**AORTIC - NON RHEUMATIC**
| | |
|---|---|
| A.S. or A.I. | 4241 |

**MITRAL - RHEUMATIC**
| | |
|---|---|
| M.S. | 3940 |
| M.R. | 3941 |
| M.S./M.R. | 3942 |

**MITRAL - NON RHEUMATIC**
| | |
|---|---|
| Mitral Valve Disorder | 4240 |
| Rupture Cordae | 4295 |
| Rupture Pap Muscle | 4295 |
| Pap Muscle Dysfunction | 42981 |

**AORTIC & MITRAL - RHEUMATIC**
| | |
|---|---|
| M.S./A.S. | 3960 |
| M.S./A.I. | 3961 |
| M.R./A.S. | 3962 |
| M.R./A.I. | 3963 |

**TRICUSPID**
| | |
|---|---|
| Rheumatic T.S./T.I. | 3970 |
| Non-Rheumatic T.I. | 4242 |

**PULMONARY**
| | |
|---|---|
| Rheumatic P.S./P.I. | 3971 |
| Non-Rheumatic P.I. | 4243 |

**ENDOCARDITIS**
| | |
|---|---|
| Bacterial, Acute/Subacute | 4210 |
| Unspecified | 4219 |

### PROSTHETIC HEART VALVES
| | |
|---|---|
| Prosthetic Valve | V433 |
| Thrombus, Stenosis | 99671 |
| Leakage, Breakdown | 99602 |
| Infection | 99661 |

### PERICARDIAL DISEASE
| | |
|---|---|
| Acute Idiopathic Pericarditis | 42091 |
| Constrictive Pericarditis | 4232 |
| Effusion | 4239 |
| Tamponade | 4239 |

### RX MANAGEMENT
| | | |
|---|---|---|
| Anti-coagulants | | V5861 |
| Dig Toxicity | E9421 | 9721 |

### VASCULAR
**CEREBROVASCULAR**
| | |
|---|---|
| TIA | |
| Vertebral Syndrome | 4359 |
| Basilar Syndrome | 4351 |
| Subclavian Steal | 4350 |
| CVA (Ill Defined) | 4352 |
| Cerebral Embolism | 436 |

**OCCLUSION & STENOSIS** 43411
**FIFTH DIGIT FOR 433:**
**0 - WITHOUT INFARCTION**
**1 - WITH INFARCTION**
| | |
|---|---|
| Carotid | 4331 |
| Vertebral | 4332 |
| Multiple, bilateral | 4333 |

**PERIPHERAL VASCULAR**
| | |
|---|---|
| Claudication | 4439 |
| Pseudoaneurysm | |
| Iliac | 4422 |
| Femoral | 4423 |
| Hematoma | |
| Common Femoral | 9040 |
| Superficial Femoral | 9041 |

**ATHEROSCLEROSIS**
| | |
|---|---|
| Aorta | 4400 |
| Renal | 4401 |

**Of NATIVE ARTERIES:**
| | |
|---|---|
| Extremity, Unspec | 44020 |
| Extremity w/claudication | 44021 |
| Extremity w/ rest pain | 44022 |
| Extremity w/ulceration | 44023 |
| Extremity w/gangrene | 44024 |

**OF EXTREMITY GRAFTS:**
| | |
|---|---|
| Unspecified graft | 44030 |
| Autologous vein graft | 44031 |
| Nonautologous biological | 44032 |
| Embolism- Lower extremity | 44422 |

**AORTIC ANEURYSM**
| | |
|---|---|
| Thoracic | 4412 |
| Abdominal | 4414 |
| Dissecting;Thoracic | 44101 |
| Dissecting;Abdominal | 44103 |
| Dissecting;Thoracoabdominal | 44103 |

**VENOUS**
| | |
|---|---|
| Chronic Insufficiency | 45981 |
| Postphlebitic Syndrome | 4591 |

### PHLEBITIS/THROMBOPHLEBITIS
| | |
|---|---|
| Superficial | 4510 |
| Iliac | 45181 |
| Femoral | 45111 |
| Popliteal | 45119 |
| Other | 45189 |

### MISC
| | |
|---|---|
| Cardiac Contusion | 86101 |
| Chest Wall Injury | 9591 |

### DIABETES
| | |
|---|---|
| NIDDM-Controlled | 25000 |
| - Uncontrolled | 25002 |
| - w/Periph Cir Dis-Controlled | 25070 |
| - w/Periph Cir Dis Uncontroll | 25072 |
| IDDM-Controlled | 25001 |
| - Uncontrolled | 25003 |
| - w/Periph Cir Dis Controlled | 25071 |
| - w/Periph Cir Dis Uncontroll | 25073 |
| Electrolyte Disorder | 2769 |
| Hypercholesterolemia | 2720 |
| Hypertriglyceridemia | 2721 |
| Mixed Hyperlipidemia | 2722 |
| Hyperthyroidism | 2429 |
| Hypothyroidism | 24409 |
| Obesity | 27800 |
| Obesity, Morbid | 27801 |
| PostOP Cardiac Complication | 9971 |
| Renal Failure | 585 |
| Renal Insufficiency | 5939 |
| Smoker(Tobacco Abuse) | 3051 |

### PULMONARY DISEASES
| | |
|---|---|
| Acute Resp Distress | 51881 |
| Asthma w/o Status | 49390 |
| Bronchitis | 490 |
| COPD | 496 |
| Cor Pulmonale, Acute | 4150 |
| Cor Pulmonale, Chronic | 4169 |
| Pleural Effusion | 5119 |
| Pneumonia | 486 |
| Pulmonary HTN | 4168 |
| Pulmonary HTN, Primary | 4160 |
| Pulmonary Embolus | 41519 |
| Pulmonary Disease Unspec | 5199 |

### PERSONAL HISTORY OF:
| | |
|---|---|
| Circ Dis(not old/post MI) | V1250 |
| Medical Noncompliance | V1581 |
| Smoking | V1582 |
| Status Post CABG | V4581 |
| Status Post PTA | V151 |
| Status Post PTCA | V4582 |
| Status Post Vascular Surgery | V151 |

### FAMILY HISTORY OF:
| | |
|---|---|
| diabetes mellitus | V180 |
| ischemic heart dis | V173 |
| other cv disease | V174 |

### SCREENING FOR:
| | |
|---|---|
| ischemic heart dis | V810 |
| hypertension | V811 |
| unspec cv condition | V812 |
| observation for cv dis | V717 |
| pre-op cv exam | V7281 |

752

AC#: 000116089749 FC: PPO
HERNANDEZ, LAKITTA    08/08/05
F  45   BD 12/13/59 001637668
ATT: Pivonka NP,Robert
LOC: CATH

| | | |
|---|---|---|
| ☒ **COR ANGIOGRAM** | | |
| 93555-26 | 93545 | |
| ☒ **LHC** | | |
| 93510-26 | | |
| ☒ **VENTRICULOGRAPHY** | | |
| 93543 | 93555-26 | |
| ☐ **RENAL ANGIOGRAM B/L** | | |
| 36245-50 | 75724-26 | |
| ☐ **CORONARY ANGIO W/O LHC** | | |
| 93508-26 | | |
| ☐ SVG | 93540 | |
| ☐ LIMA | 93539 | |
| ☐ FLO WIRE | 93571-26 | |
| ☐ FLO WIRE EA ADDI | 93572-26 | |
| ☐ R&LHC | 93526-26 | |
| ☐ RHC | 93501-26 | |
| ☐ SWAN-GANZ | 93503-26 | |
| ☐ **AO DISSECTION AO GRAM** | | |
| 36200 | 75605-26 | |
| 75650-26 | 75625-26 | |
| ☐ **AORTIC VALVULOPLASTY** | | |
| 92986 | | |
| ☐ **A-V SHUNT STUDY/VENOGRAM** | | |
| 36145 | 75790-26 | |
| 75820-26 | | |

| | | |
|---|---|---|
| ☐ **ARCH,B/L CAROTID** *W/IC* | | |
| 36216 | 75650-26 | |
| 36215-59 | 75680-26 | |
| 75671-26 | | |
| ☐ **ARCH, 4 VESSEL SEL** *W/IC* | | |
| 36215-59 | 75650-26 | |
| 36216-59 | 75680-26 | |
| 36217 | 75685-26x2 | |
| 36218 | | |
| ☐ **U/L LE Angio/Contra** | | |
| 36246 | 75710-26 | |
| ☐ **Venogram B/L EXTREMITY** | | |
| 36005-50 | 75822-26 | |
| ☐ **Venogram U/L EXTREMITY** | | |
| 36005 | 75822-26 | |
| ☐ **Upper Extremity Forearm Angio** | | |
| 36217 | 75710-26 | |
| ☐ **IVC GRAM & FILTER** | | |
| 37620 | 75825-26 | |
| 36010 | 75940-26 | |
| ☐ **B/L PUL ANGIO/IVC GRAM/RHC** | | |
| 36014-50 | 36010 | |
| 75743-26 | 75825-26 | |
| 93501-26 | | |

| | | |
|---|---|---|
| ☐ **AORTA & B/L SEL LE ANGIOGRAM** | | |
| 36246 | 75716-26 | 75625-26 |
| ☐ **AORTOGRAM W/LHC- FLUSH** | | |
| 93544 | 75625-26 | |
| ☐ **AORTOGRAM W/LHC- W/RUN OFF** | | |
| 93544 | 75630-26 | |
| ☐ **CELIAC ARTERY SEL** | | |
| 36245 | 75726-26 | |
| ☐ **SMA/IMA SELECTIVE** | | |
| 36245 | | |
| 36245 | 75774-26 | |
| ☐ **SUBCL ANGIO B/L** | | |
| 36215-59 | 35216-59 | 75716-26 |
| ☐ **SUBCLAVIAN ANGIO LEFT** | | |
| 36215-59 | 75710-26 | |
| ☐ **Upper Extremity Venogram U/L** | | |
| 36005 | 75820-26 | |
| ☐ **Upper Extremity Venogram UB/L** | | |
| 36005 | 75822-26 | |
| ☐ **Fistula-Thrombectomy** (Medicare) | | G0159 |
| ☐ **Fistula-Thrombectomy** (All Others) | | 36831 |

**CARDIAC / CORONARY INTERVENTION**

| | | | | | |
|---|---|---|---|---|---|
| ☐ STENT LAD | 92980-LD | ☐ PTCA LAD | 92982-LD | ☐ ATHERECTOMY 1 VESSEL | 92995-LD/LC/RC |
| ☐ STENT LCX | 92980-LC | ☐ PTCA LCX | 92982-LC | ☐ ATH ADD VESSEL | 92996-LD/LC/RC |
| ☐ STENT RCA | 92980-RC | ☐ PTCA RCA | 92982-RC | ☐ IABP | 93536 |
| ☐ STENT ADD | 92981-LD | ☐ PTCA ADD | 92984-LD | ☐ IVUS | 92978-26 |
| ☐ STENT ADD | 92981-LC | ☐ PTCA ADD | 92984-LC | ☐ IVUS ADD VESSEL | 92979-26 |
| ☐ STENT ADD | 92981-RC | ☐ PTCA ADD | 92984-RC | ☐ I/C THROMBOLYSIS | 92975 |
| | | ☐ TEMP PACER | 33210 | | |
| ☐ ENDOCARDIAL BIOPSY | | ☐ FOREIGN BODY RETRIEVAL | | ☐ PERICARDIOCENTESIS | |
| 93505 | | 37203 | 75961 | 33010 | 76930-26 |

**PERIPHERAL INTERVENTION**

| | | | | | |
|---|---|---|---|---|---|
| ☐ **U/L ILIAC STENT (IPSI ACC)** | | ☐ **U/L RENAL PTA/STENT** | | ☐ **U/L SFA PTA/STENT (CONTRA ACCESS)** | |
| 36245 | 75962-26 | 36245 | 75966-26 | 36247 | 75962-26 |
| 75710-26 | 37205 | 75722-26 | 37205 | 75710-26 | 37205 |
| 35473 | 75960-26 | 35471 | 75960-26 | 35474 | 75960-26 |
| ☐ **B/L ILIAC STENT** | | ☐ **B/L RENAL PTA/STENT** | | ☐ **U/L SFA PTA/ATHER (CONTRA ACCESS)** | |
| 36245 | 75964-26 | 36245-50 | 75966-26 | 36247 | 75962-26 |
| 75716-26 | 37205 | 35471-50 | 37205 | 75710-26 | 35493 |
| 35473 | 37206 | 75724-26 | 37206 | 35474 | 75992-26 |
| 75962-28 | 75960-26X2 | 75960-26X2 | | ☐ **U/L SFA PTA (ANTEGRADE ACCESS)** | |
| ☐ **SUBCLAVIAN PTA/STENT U/L** | | ☐ **I/A NTG/SPASMOLYTIC** | | 36245 | 35474 |
| 36215 | 75962-26 | 37202 | 75896-26 | 75710-26 | 75962-26 |
| 75710-26 | 37205 | ☐ **VASCULAR COIL EMBOLIZATION** | | ☐ **U/L TIB-PER PTA /ATHER (CONTRA ACC)** | |
| 35475 | 75960-26 | 37204 | 75894-26 | 36247 | 75962-26 |
| ☐ **Quinton Cath. Insertion** | | 61626-26 | | 75710-26 | 35495 |
| 36800 | | | | 35470 | 75992-26 |
| ☐ **Carotid Stent** | | | | ☐ **FISTULOPLASTY-VEN/ART, W/Stent** | |
| 35475 | 75962-26 | | | 36145 | 75790-26 | 37205 |
| 37205 | 75960-26 | | | 35476 | 75820-26 | 75960-26 |
| ☐ **IVUS FIRST VESSEL** | | | | | |
| 37250 | 75945-26 | | | ☐ **EXCHANGE CATH DURING THERAPY** | |
| ☐ **IVUS ADDITIONAL VESSEL** | | | | 37209 | 75900-26 |
| 37251 | 75946-26 | | | ☐ **NON-CORONARY THROMBOLYSIS** | |
| | | | | 37201 | 75896-26 |

| | | | |
|---|---|---|---|
| ☐ Sandeep Khosla MD | | Date | **753** |
| ☐ Aziz Ahmed MD | | Date | |
| ☐ Atul Trivedi MD | | Date | |
| ☒ Daniel Benatar MD | *DB* | Date | 2/2/5 |

# SINAI

**Mount Sinai Hospital**
California Ave. at 15th St. ■ Chicago, IL 60608-1797

A proud member of Sinai Health System

AC#: 000116089749  FC: PPO
HERNANDEZ, LAKITTA    08/08/05
F  45   BD 12/13/59 001637668
ATT: Pivonka NP, Robert
LOC: CATH

**PATIENT PROGRESS NOTES**

(Record progress of case, complications, consultations, change in provisional diagnosis, transfers and other services, discharge diagnosis, condition on discharge, instructions to patient, medication, etc.)

| DATE | TIME | PROBLEM No. | FORMAT: Problem Number & Title: S = Subjective  O = Objective  A = Analysis  P = Plan |
|------|------|-------------|------|

## PRE-PROCEDURAL PATIENT ASSESSMENT
### (continued)

**P/E:**    T:      HR:      BP:      RR:      Ht:      Wt:

**GENERAL:**

**AIRWAY (circle class):**

Class I    Class II    Class III    Class IV

**CARDIAC:**

**PULSES:**   Carotid: R____ L____  Radial: R____ L____  Femoral: R____ L____

**NEURO:**   Popliteal: R____ L____  DP: R____ L____  PT: R____ L____

**EXTREMITIES:**

**LABS:**   Na:   K:   BUN:   CREAT:   HgB:   Hct:   Plts:

WBC:   PT:   PTT:   INR:

**SEDATION PLAN:**
   1) No Sedation
   2) Moderate Sedation:  a) versed  b) fentanyl  c) other: _____

**PLAN:**

1.  This patient has been assessed and is appropriate to receive moderate procedural sedation as planned above.

2.  The treatment plan has been re-assessed and indications for procedure as listed above are appropriate.

3.  Informed consent has been obtained from the patient. The risks, benefits and alternative treatment options have been discussed with the patient in the patient's primary language, and are understood by the patient.

                                                   MD

EACH ENTRY MUST BE DATED AND SIGNED, INDICATING TITLE CLEARLY

01.100.5000     FORM 043652     (REV. 8/00)

754

A proud member of Sinai Health System

# SINAI
Mount Sinai Hospital
California Ave. at 15th St. ■ Chicago, IL 60608-1797

AC#: 0001160891749 FC: PPO
HERNANDEZ, LAKITTA          08/08/05
F  45  BD 12/13/59 001637668
ATT: Pivonka NP, Robert
LOC: CATH

PATIENT PROGRESS NOTES

(Record progress of case, complications, consultations, change in provisional diagnosis, transfers and other services, discharge diagnosis, condition on discharge, instructions to patient, medication, etc.)

| DATE | TIME | PROBLEM No. | FORMAT: Problem Number & Title:<br>S = Subjective    O = Objective    A = Analysis    P = Plan |
|------|------|-------------|---|
| | | | **PRE-PROCEDURAL PATIENT RE-ASSESSMENT AND EVALUATION FOR MODERATE SEDATION**<br>Section of Cardiology/Cardiac Catheterization Lab & Endovascular Therapeutics |
| | | | 1.  Patient was initially evaluated at _____ and was scheduled for _____ This evaluation is a re-assessment of the patient for appropriateness of the above listed procedure for the following indications: |
| | | | 1) |
| | | | 2) |
| | | | 3) |
| | | 2. | HPI: |
| | | 3. | PMH/PSH: |
| | | 4. | MEDICATIONS: |
| | | 5. | PREVIOUS SEDATION / ANESTHESIA COMPLICATIONS: |
| | | 6. | ALLERGIES: |
| | | 7. | SOCIAL Hx: |
| | | 8. | ROS: |

EACH ENTRY MUST BE DATED AND SIGNED, INDICATING TITLE CLEARLY

01.100.5000    FORM 043652    (REV   )

**755**

A proud member of Sinai Health System

# SINAI
Mount Sinai Hospital
California Ave. at 15th St ■ Chicago, IL 60608-1797

AC#: 000116089749 FC: PPO
HERNANDEZ,LAKITTA          08/08/05
F  45   BD 12/13/59 001637668
ATT: Pivonka NP,Robert
LOC: CATH

## PATIENT PROGRESS NOTES

(Record progress of case, complications, consultations, change in provisional diagnosis, transfers and other services, discharge diagnosis, condition on discharge, instructions to patient, medication, etc.)

| DATE | TIME | PROBLEM No. | FORMAT: Problem Number & Title S = Subjective    O = Objective    A = Analysis    P = Plan |
|------|------|-------------|---|

**Renal Angiography:**
1. Left Renal Artery
2. Right renal Artery

| Lower Extremity | RIGHT | LEFT |
|---|---|---|
| Common Iliac | | |
| External Iliac | | |
| SFA | | |
| Popliteal | | |
| Ant. Tibial | | |
| Post. Tibial | | |
| Peroneal | | |
| Vessels to Foot | 0/1/2/3 | 0/1/2/3 |

**Extracranial / Intracranial Carotid Angiogram**

| | RIGHT | LEFT |
|---|---|---|
| Common Carotid | | |
| Internal Carotid | | |
| Intracranial Segment | | |

**Additional:**

**SUMMARY:**
1) Normal coronary arteries
2) " LVF
3) Slightly elevated LVEDP

**RECOMMENDATIONS:**

MED TTM.

**Cardiology Fellow**

**Catheterizing Attending Cardiologist**

EACH ENTRY MUST BE DATED AND SIGNED, INDICATING TITLE CLEARLY

01.100.5000    FORM 043652    (REV. 8/00)

756



A proud member of Sinai Health System

# SINAI
Mount Sinai Hospital
California Ave at 15th St ■ Chicago, IL 60608-1797

AC#: 000116089749 FC: PPO
HERNANDEZ, LAKITTA     08/08/05
F  45   BD 12/13/59 001637668
ATT: Hivonka NP, Robert
LOC: CATH

## PATIENT PROGRESS NOTES

(Record progress of case, complications, consultations, change in provisional diagnosis, transfers and other services, discharge diagnosis, condition on discharge, instructions to patient, medication, etc.)

| DATE | TIME | PROBLEM No. | FORMAT. Problem Number & Title |
|------|------|-------------|-------------------------------|

FORMAT. Problem Number & Title
S = Subjective     O = Objective     A = Analysis     P = Plan

### Preliminary Cardiac Catheterization and Angiography Report

**Indications**
1. CP
2. DOE
3.

**Procedure:** (LHC) (Cors) (LV)  RHC   Renal angio   Lower Extremity Angiography
Carotid Angiography   Other

**Access:** ① GROIN

**CLINICAL SUMMARY:** CP, DOE

Hemostasis was achieved using (Perclose)   Manual Pressure   Vasoseal
**Complications:** None Other:
**Hemodynamics:** (mm Hg)
PCWP=                    PA=
RV =                     RA =        Other:

**LEFT VENTRICULOGRAPHY:**   LVEF 65%        LVEDP= 17

**CORONARY ANGIOGRAPHY:**

℞                All coronary arteries are free of significant atherosclerosis

**Left main**        The Left Main is *short/long* and is *normal/stenosis*    %

**LAD**              The LAD is a *small/medium/large* caliber vessel and is *normal*

                    Has diameter stenosis   % in *Proximal/Mid/Distal* segments

                    The Diagonal 1 is *normal/stenosis*   %

                    The diagonal 2 is *normal/stenosis*   %

**LCX**              The LCX is a *small/medium/large* caliber vessel and is *normal*

                    Has diameter stenosis   % in *Proximal/Distal* segments

                    The Obtuse Marginal 1 is *normal/stenosis*     %

                    The Obtuse Marginal 2 is *normal/stenosis*     %

**RCA**              Dom/Co-dom/Non-dom  Normal/Stenosis    %Proximal/Mid/Distal/PDA

EACH ENTRY MUST BE DATED AND SIGNED, INDICATING TITLE CLEARLY

01.100.5000     FORM 043652     (REV. 8/00)

757



A proud member of Sinai Health System

# SINAI
**Mount Sinai Hospital**
California Ave. at 15th St. ■ Chicago, IL 60608-1797

*Hernandez Lakita*
*1637668*

## DOCTOR'S ORDER SHEET
On all admissions, transfers and post-operative orders, please include the following information: diagnosis/surgical procedure performed, condition, allergies, diet, vital signs, activity, laboratory tests, medications, intravenous fluids, and special precautions.

| DATE OF ENTRY | HOUR OF ENTRY | ORDERS (MEDICATION, DIET, ETC.) I AUTHORIZE THE USE OF A NON-PROPRIETARY NAME EQUIVALENT DRUG, UNLESS THE DRUG NAME IS CIRCLED | SIGNATURE/TITLE |
|---|---|---|---|
| 8/5/08 | | **PRE-CATHETERIZATION ORDERS** | |

1) Patient on-call for cath-lab on **8/8** .

2) Admit to *Benala* on **8/8** as OUTPATIENT-IN-BED.

3) Admit to _____ on _____ as INPATIENT for _____ .

4) Admitting office to call cath lab (x6453) and pharmacy (x4006) upon pt. arrival.

5) Labs:  ALL LABS ARE STAT

    ☑ CBC
    ☑ Chem 7
    ☐ PT/PTT
    ☐ Urine HCG
    ☐ ECG

6) Admit patient to TELEMETRY UNIT / _____ .

7) Admit patient to HOLDING AREA

8) IVF:
    a) IV 0.9 normal saline @ **80** ml/hr with 18 gauge angiocath.
    b) Bicarb gtt (150mEq in 1-liter D5W at 3.5 ml/kg/h start at 8 am (not to exceed 110kg)

9) Clear liquid breakfast, then NPO (except medications).

10) Shave both groins.

11) Teaching house staff coverage:     YES / NO

12) On call to cath lab:
    a) Have patient void
    b) Lab values, ECG, nurses' notes and medication sheets in front of chart.

13) Diazepam 5mg po x 1 with breakfast day of procedure (ONLY if consent already obtained).

14) Administer all meds except _____

15) Additional Orders:

**758**

MD / NP

01.100.5700 Form 044741 (Rev. 8/00)    **DOCTOR'S ORDER SHEET**    ALL ORDERS MUST BE SIGNED

**A proud member of Sinai Health System**

# SINAI
Mount Sinai Hospital
California Ave. at 15th St. ■ Chicago, IL 60608-1797

AC#: 0001160897749 FC: PPO
HERNANDEZ, LAKITTA
F  45    BD 12/13/59    08/08/05
ATT: Pivonka NP, Robert    001637668
LOC: CATH

## DOCTOR'S ORDER SHEET

On all admissions, transfers, & post-operative order, please
include the following information: diagnosis/surgical procedure
performed, condition, allergies, diet, vital signs, activity, laboratory
tests, medications, intravenous fluids, and special precautions

Patient Demographics

**THE FOLLOWING ARE PROHIBITED ABBREVIATIONS: U, IU, CC, QD, QID, QOD, BIW, TIW, ug, NITRO, MS, MSO₄, MGSO₄, SS. PROPER NUMBER WRITING: NO TRAILING ZERO (NOT 1.0). USE LEADING ZEROS (0.2).**

| DATE/TIME | | Indication for drugs, diagnostic tests, & consults | Please initial that verbal/phone orders were read back |
|---|---|---|---|
| 8/8 | Versed 1 mg IVP x 1 NOW | | |
| | Fentanyl 25 mg IVP x 1 NOW | | |
| | Versed 1 mg IVP x 1 NOW | | |
| | Fentanyl 25 mg IVP x 1 NOW | | |
| | Versed 1 mg x 1 NOW IVP | | |
| | Versed 1 mg x 1 NOW IVP | | |

I authorize the use of a non-proprietary name equivalent drug unless orders states DO NOT SUBSTITUTE.
Form: 044741  01.100.6700  (3/05)

**759**



**SINAI**

Mount Sinai Hospital

California Ave. at 15th St. ∎ Chicago, IL 60608-1797

## DOCTOR'S ORDER SHEET

On all admissions, transfers and post-operative orders, please include the following information: diagnosis/surgical procedure performed, condition, allergies, diet, vital signs, activity, laboratory tests, medications, intravenous fluids, and special precautions.

ACT# 00011608974 FC: PPO
HERNANDEZ, LAKITTA   08/08/05
F  45  BD 12/13/59 001637668
ATT: Pivonka NP, Robert
LOC: CATH

| DATE OF ENTRY | HOUR OF ENTRY | ORDERS (MEDICATION, DIET, ETC.)<br>I AUTHORIZE THE USE OF A NON-PROPRIETARY NAME EQUIVALENT DRUG, UNLESS THE DRUG NAME IS CIRCLED | SIGNATURE/TITLE |
|---|---|---|---|
| | | ### POST-CATHETERIZATION ORDERS | |
| | | 1) Notify teaching house-staff of patient's arrival YES / NO | |
| | | 2) VITAL SIGNS, PERIPHERAL PULSES and ACCESS SITE ✓<br>   Q 15 minutes x 4<br>   Q 30 minutes x 4<br>   Q hour x 4, then routine<br>   Notify cardiology fellow or NP if SBP>180 or <90 mmHg, HR>110 or <50 bpm, temperature > 101°F | |
| | | 3) Bed rest with HOB no higher than ___ ° for __3__ hours, then: | |
| | | • Patient up in chair for _____ hour(s) | |
| | | • Bathroom privileges for _____ hour(s) | |
| | | • Ambulate as tolerated | |
| | | 4) IVF:<br>   a. .9 NS at _60_ ml/hr for _1_ hr(s) / liter(s)<br>   b. Bicarb gtt (150mEq in 1 liter D5W at 1.18 ml/kg for 6 hrs | |
| | | 5) Encourage PO fluid intake | |
| | | 6) Diet: Low sodium / Low cholesterol / other_____ | |
| | | 7) Medications: Home meds | |
| | | 8) PRN MEDICATIONS:<br>   a. Tylenol 650 mg PO prn pain or headache<br>   b. Colace 100 mg BID PO | |
| | | 9) CHEST PAIN:<br>   a. STAT ECG<br>   b. NTG 0.4 mg SL and notify cath lab, cardiology fellow, or NP STAT. | |
| | | 10) For Cardiac Catheterization related emergency, page fellow or NP or call x6452 | |
| | | 11) Other Orders: | |
| | | | MD /-NP |
| | | | 760 |

1706 Form 944741 (Rev. 8/00)

**DOCTOR'S ORDER SHEET**

ALL ORDERS MUST BE SIGN

A proud member of Sinai Health System

# ⚕ SINAI
Mount Sinai Hospital
California Ave. at 15th St ■ Chicago, IL 60608-1797

## CONSENT FOR SURGERY, ANESTHESIA
## AND OTHER MEDICAL SERVICES

Date _Aug. 08 2005_ Time ____ AM ___ PM

AC#: 000116089749 FC: PFO
HERNANDEZ,LAKITTA        08/08/05
F  45   BD 12/13/59 001637668
ATT: Pivonka NP,Robert
LOC: CATH

1. I consent to the performance upon _____
   (MYSELF OR NAME OF PATIENT)

   the following surgery or other medical procedure:

   _Right and Left Coronary Catheterization_
   (STATE NATURE AND EXTENT OF OPERATION)

   I understand that this surgery or procedure is to be performed under the direction of
   Dr. _____ and such assistants and associates
   as may be selected by him/her and by Mount Sinai Hospital Medical Center.

2. I understand that during the course of the surgery or other procedure the Doctor named in paragraph 1) or his associates may consider it necessary or advisable to perform procedures or to render medical treatment in addition to that named in paragraph 1) because of conditions which may not be foreseeable. I therefore consent to the performance of such additional surgery or treatments and procedures as are deemed necessary or advisable.

3. I consent to the administration of such anesthetics as may be considered necessary or advisable by the person authorized to administer anesthesia. (Cross out if no anesthesia is to be used).

4. I consent that tissues or parts of my body removed at surgery, body fluids, x-ray films, and other materials, as well as medical information concerning me may be used in research studies, in publication of results, and in teaching.

5. I consent to the photographing or televising of the procedure(s)/treatment(s) to be performed including appropriate portions of my body for medical, scientific or educational purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them. (Cross out if no photographing or televising is to be used).

6. I consent to the disposal by authorities of Mount Sinai Hospital Medical Center of any tissues or body parts which may be removed unless patient specifies other wishes.

7. For the purpose of advancing medical education, I consent to the admittance of observers to the room in which the procedure(s)/treatment(s) is performed.

8. The nature and purpose of the surgery, treatment or procedure and the reasonable (1) alternative methods of treatment, (2) risks, and (3) possibility of complications have been fully explained to me. No guarantee or assurance has been given by anyone as to the results that may be obtained.

9. I have read and understand the above authorization and the reasons why the surgery, treatment or procedure is necessary.

**Form #048624  01.100.5160**

**761**

CONSENT FOR SURGERY, ANESTHESIA AND OTHER MEDICAL SERVICES
Page 2

_Maria Gonzalez_
(WITNESS FOR MOUNT SINAI)

Signed X _Lakitta Hernandez_
(PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

_____
(WITNESS)

_____
(RELATIONSHIP TO PATIENT)

_____
(IF CONSENT RECEIVED BY TELEPHONE, SIGNATURE OF MONITORING
3RD PARTY WITNESS)

_____
(IF CONSENT RECEIVED BY TELEPHONE, SIGNATURE OF STAFF
MEMBER, HIS AUTHORIZED REPRESENTATIVE OR OTHER OFFICIAL)

**Instructions:** This consent should be signed by the patient if an adult (18 years or older), by a parent or court appointed guardian if the patient is a minor or by court approved guardian if patient has been declared legally incompetent.

## AFFIRMATION OF INFORMED CONSENT BY PHYSICIAN PERFORMING OR SUPERVISING THE PROCEDURE(S)

I _____ have informed the above named patient or the person authorized to extend consent on the patient's behalf, of the medical condition requiring surgical treatment and/or the further diagnostic procedures referred to above. I have explained, consistent with accepted medical judgment, the nature and purposes of the treatment or procedures, the reasonable (1) possible alternatives, (2) risks and (3) complications in the treatment or procedure consented to.

_____ _Benoty_ _____ M.D.

DATE _____

## AFFIRMATIVE BY ATTENDING ANESTHESIOLOGIST
*(CROSS OUT IF NO ANESTHESIA REQUIRED)*

I _____ have informed the above named patient or the person authorized to extend the patient's consent of the methods of anesthesia proposed for the procedures referred to above. I have explained consistent with accepted medical judgment the nature and purpose of the anesthesia, the reasonable (1) alternative anesthesia methods, (2) risks involved and (3) possibility of complications. In addition, I have explained that the anesthetic which is proposed to be used is a _____ anesthetic but that an alternative form of anesthesia may be used if required by unexpected conditions arising before or during the procedure.

_____ M.D.

DATE _____

**762**

# Mount Sinai Hospital

## INVASIVE PROCEDURE REPORT

### PATIENT DATA

DATE: 08-08-2005
ACCOUNT:
MRN: 1637668
ROOM#: Host02

PATIENT: HERANANDEZ, LAKITTA
SSN#:
RACE: Black

ADDRESS 1: 6714 S. OAKLEY
ZIP: 60636
PHONE: 60636

ADDRESS 2: CHICAGO, ILL
INSURANCE: OTHER

GENDER: Female
HEIGHT (IN): 65.0
HEIGHT (CM): 165
PID:

DOB: 12-13-1959
AGE (YRS): 45
BSA (M2): 2.29
WEIGHT (LB): 283.0
WEIGHT (KG): 128.6
FLUORO (MIN): 4.3

### LAB VALUES

| HGB | HCT | WBC | PLT | PT | INR | PTT | GLU | K+ | NA+ | BUN | CREAT |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 9.3 | 30.6 | 9.9 | 454 | 11.20 | 0.95 | 23.4 | 114 | 3.6 | 139 | 11 | 0.8 |

### EVENT TIMES

| PATIENT IN | READY | PHYS PAGED | BEGIN TIME | END TIME | PATIENT OUT |
|-----|-----|-----|-----|-----|-----|
| 08:33:44 | 10:06:20 | 09:57:19 | 10:12:23 | 10:42:50 | 10:51:07 |

### PHYSICIAN/PROCEDURE

PHYSICIAN #1: Benatar, D. MD
PROCEDURE #1: LHC/SCA/LV

PHYSICIAN #2:
PROCEDURE #2:

PHYSICIAN #3:
PROCEDURE #3:

REFERRING:

KNOWN ALLERGIES: NKA

CONTRAST #1: Omnipaque
USED #1 (CC): 106
CONTRAST #2:
USED #2 (CC):
TOTAL (CC): 106.0

### STAFF

SCRUB #1:
CIRCULATE #1: Gonzalez,Maria CCA
RECORDER #1: Gonzalez,Maria CCA
NURSE #1: PIVONKA,ROBERT
X-RAY #1: Goldston, Trussle RT

SCRUB #2:
CIRCULATE #2:
RECORDER #2: Hines, Danny RT
NURSE #2:
X-RAY #2:

**763**

# CUSTOM DATA FIELDS

| Name: **HERANANDEZ, LAKITTA** | Date: **08-08-2005** |
|---|---|
| MRN: **1637668** | Proc: **LHC/SCA/LV** |

MD ARRIVED
`09:57:26`

ADMIT STATUS
`OutPatient`

DISCHG TO
`5N (Telemetry)`

**764**

# HEMODYNAMICS

| **Name: HERANANDEZ, LAKITTA** | **Date: 08-08-2005** |
|---|---|
| **MRN: 1637668** | **Proc: LHC/SCA/LV** |
| **Cond(0) AIR REST** | BSA: 2.29m² Hgb: 9.3 K$_{or}$: 133 Est O$_2$: 304.57 cc |

Heart Rate: 76



AO 118 / 74 (92)

LV 125 / 9, 17

**Samples**

```
ECG>    (6 Chan)                      09:59:24
AO      118 /74   (92)      SA        10:35:38
AO      115 /72   (91)                10:36:33
LV      125 /9,   17                  10:40:52
LV      125 /9,   18                  10:40:58
LVp     112 /14,  21                  10:41:58
AOp     105 /71   (88)                10:42:04
ECG>    (6 Chan)                      10:43:16
```

Morphology: NORMAL HEART

| Resistance (D/S) (D/SI) | O2 Content(cc/l) O2 Difference(cc/l) | Flows (l/min) |
|---|---|---|
| | | |

| CO(l/min) SV(cc) CO CI | Valve p-p mean msec HR cm² index | Angio LV RV |
|---|---|---|
| | | |

**765**

# CASE SYNOPSIS

**Name: HERANANDEZ, LAKITTA**

**Date: 08-08-2005**

**MRN: 1637668**

**Proc: LHC/SCA/LV**

## History and Assessment

History/Risk Factors: Hx of CAD: Family
History/Risk Factors: Hypercholesterolemia
History/Risk Factors: Hypertension
Cardiac Diag Indication: Chest Pain/Angina
Cardiac Diag Indication: Positive Functional Test Result: ECHO Stress
Cardiac Diag Indication: Palpitations
Cardiac Diag Indication: Arm Pain
Cardiac Diag Indication: Dyspnea/SOB @ rest
Cardiac Diag Indication: Fatigue
Cardiac Diag Indication: Heart Burn

## Medication(s)

| 10:00:14 | Versed 1 mg IV  R.P. RN. |
| 10:00:23 | Fentanyl 25 mcg IV  R.P.RN. |
| 10:09:24 | Versed 1 mg IV  R.P.RN. |
| 10:12:05 | Fentanyl 25 mcg IV  R.P.RN. |
| 10:15:45 | Versed 1 mg IV  R.P. RN. |
| 10:24:02 | Versed 1 mg IV  R.P.RN |

## G-Equipment

{Packs/Kits} Allegiance Cath-angio Pack
{Packs/Kits} Bracco Acist Injector Kit
{Contrast} Nycomed Omnipaque 200 ml bottle
{Hemostasis} Abbott Perclose Closer 6 French

## D-Equipment

| 10:06:41 | {Guidewires} BS/SciMed 3 MM J .038" (145 cm) |
| 10:06:54 | {Sheaths} BS/SciMed Standard Sheath (10 cm) 8 French |
| 10:06:59 | {Sheaths} BS/SciMed Standard Sheath (10 cm) 6 French |
| 10:07:05 | {Catheters} BS/SciMed 6 French Multipack UL4, JR4, 155 Ang. Pig) |
| 10:07:40 | {Catheters} Medtronic 7.5 French PWP |

## Procedure CORONARY

Left Heart Cath
SCA
Ventriculogram:

## Complication(s)

766

Complications in Lab: NONE

## P-Equipment

10:52:30     {Periph Guidewires} BS Vascular Glidewire (180 cm)

**767**

# PROCEDURE LOG

**Name: HERANANDEZ, LAKITTA**

**MRN: 1637668**

**Date: 08-08-2005**

**Proc: LHC/SCA/LV**

| Time | Entry |
|---|---|
| 08:33:44 | Patient in Room |
| 08:33:44 | Pt Arrived to Cath Lab. |
| 08:33:47 | Pt Admission Status >> OutPatient - Elective |
| 08:33:50 | Pain - C/O: No chest pain, discomfort, or other complaints. |
| 08:33:55 | Orientation: Alert, Oriented to person |
| 08:34:00 | Neuro: PERL, Spont. MAE |
| 08:34:03 | Emotional Status: Mild anxiety |
| 08:34:09 | Skin: Pink, Warm and Dry |
| 08:34:15 | Respirations: Normal, Unlabored |
| 08:34:20 | O2 Status: Pt on Room Air. |
| 08:34:25 | GI: NPO since 12MN except meds |
| 08:34:33 | GU: Spontaneous voiding. |
| 08:34:48 | ID Band on pt, Correct |
| 08:34:52 | Informed Consent signed by Patient. |
| 08:35:12 | Instructions given. PT &/or SO verbalizes understanding. |
| 08:35:16 | Family Not Available. |
| 08:35:28 | ALLERGIES: NKA |
| 09:57:19 | Physician Paged |
| 09:57:19 | Physician Paged. |
| 09:57:26 | Physician Arrived. |
| 09:58:10 | TIME OUT CALLED DR.BENATAR CONFIRMS  PROCEDURE WITH PATIENT. |
| 09:59:24 | 6 LEAD |
| **10:00:14** | **Versed 1 mg IV R.P. RN.** |
| **10:00:23** | **Fentanyl 25 mcg IV R.P.RN.** |
| 10:04:27 | O2 Sats: 94% |
| 10:04:33 | HR: 85 bpm |
| 10:04:36 | BP: 122/63 mmHg |
| 10:04:49 | GI: NPO since 12MN |
| 10:05:11 | GU: Spontaneous voiding. |
| 10:06:02 | IV Site: Patent on Arrival in Rt Arm - .9NS @ |
| 10:06:20 | Pt Prepped with CHLORAPREP & Draped - Rt groin |
| 10:06:20 | Setup Completed |
| 10:06:41 | {Guidewires} BS/SciMed 3 MM J .038" (145 cm) |
| 10:06:54 | {Sheaths} BS/SciMed Standard Sheath (10 cm) 8 French |
| 10:06:59 | {Sheaths} BS/SciMed Standard Sheath (10 cm) 6 French |
| 10:07:05 | {Catheters} BS/SciMed 6 French Multipack UL4, JR4, 155 Ang. Pig) |
| 10:07:40 | {Catheters} Medtronic 7.5 French PWP |
| **10:09:24** | **Versed 1 mg IV R.P.RN.** |
| **10:12:05** | **Fentanyl 25 mcg IV R.P.RN.** |
| 10:12:23 | Begin Procedure |
| 10:12:23 | Local Anesthetic to right inguinal region with Lidocaine 2% |
| 10:12:45 | Access: 6 fr short sheath inserted into RFA |
| 10:12:50 | SHORT GUIDEWIRE INSERTED RFA  EXCHANGE FROM J WIRE |
| **10:15:45** | **Versed 1 mg IV R.P.RN.** |
| **10:24:02** | **Versed 1 mg IV R.P.RN** |
| 10:34:28 | 6 fr FL 4.0 inserted over the wire; wire out. |
| 10:34:36 | LCA angiography performed in multiple views. |
| 10:35:38 | AO     118/ 74   (92)                         (AIR REST) |
| 10:36:33 | AO     115/ 72   (91)                         (AIR REST) |
| 10:36:52 | 6 fr FL 4.0 exchanged. |

**768**

| Time | Entry | |
|---|---|---|
| 10:37:35 | 6 fr FR 4.0 inserted over the wire; wire out. | |
| 10:37:43 | RCA angiography performed in multiple views. | |
| 10:39:17 | 6 fr FR 4.0 exchanged. | |
| 10:39:29 | 6 fr Pigtail 155 deg. Angled inserted over the wire; wire out. | |
| 10:39:37 | LV angiography performed in RAO. | |
| 10:40:52 | LV    125/ 9,    17 | |
| 10:40:58 | LV    125/ 9,    18 | (AIR REST) |
| 10:41:58 | LVp    112/ 14,    21 | (AIR REST) |
| 10:42:04 | AOp    105/ 71    (88) | (AIR REST) |
| 10:42:44 | 6 fr Pigtail 155 deg. Angled removed. | (AIR REST) |
| 10:42:50 | Diag Procedure Complete. | |
| 10:42:50 | Procedure End | |
| 10:42:56 | Patient tolerated procedure well. | |
| 10:42:57 | Physician reviewing films | |
| 10:43:16 | 6 LEAD | |
| 10:43:54 | Total Fluoro Time: 4.3 mins | |
| 10:44:05 | Contrast Intake Type 1: 106 cc's | |
| 10:44:14 | Sheath(s) Arterial Pulled, Perciose deployed to RFA. | |
| 10:44:28 | Site Status: No Bleeding/Hematoma - Rt groin sterile Drsg applied. | |
| 10:44:29 | Post Assessment Unchanged from Pre-Assessment | |
| 10:44:54 | Pain - C/O: No chest pain, discomfort, or other complaints. | |
| 10:45:02 | Orientation: Alert, Oriented to person | |
| 10:45:09 | Neuro: PERL, Spont. MAE | |
| 10:45:17 | Emotional Status: Moderate anxiety | |
| 10:45:29 | Skin: Pink, Warm and Dry | |
| 10:45:36 | Respirations: Normal, Unlabored | |
| 10:45:42 | O2 Status: Pt on Room Air. | |
| 10:46:20 | O2 Sats: 98% | |
| 10:46:36 | HR: 89 bpm | |
| 10:46:41 | BP: 130/74 mmHg | |
| 10:46:48 | GI: NPO since 12MN | |
| 10:46:55 | GU: Spontaneous voiding. | |
| 10:47:01 | Pressure: BP +/- 20% preanesthetic level(2) | |
| 10:47:07 | Pulse: Regular, strong(2) | |
| 10:47:12 | Respirations: Deep breathes and coughs freely(2) | |
| 10:47:16 | Consciousness: Fully awake(2) | |
| 10:48:14 | Color: Pink(2) | |
| 10:48:19 | Activity: Moves 4 extremities on command(2) | |
| 10:48:24 | Post ECG Rhythm: Sinus Rhythm w/o ectopy | |
| 10:48:31 | Post Distal Pulses: Bilateral | |
| 10:48:38 | IV Unchanged from Pre Assessment | |
| 10:48:43 | Post Instructions given. Pt &/or family verbalizes understanding. | |
| 10:48:47 | Discharge Instructions given. Pt &/or family verbalizes understanding. | |
| 10:51:07 | Patient Out Of Room | |
| 10:51:07 | Report given & pt transferred to 5N (Telemetry) | |
| 10:52:30 | {Periph Guidewires} BS Vascular Glidewire (180 cm) | |

RN #1 Signature: _____

RN #2 Signature: _____

Signed: _____ Benatar, D. MD

769

# Conscious Sedation

| | |
|---|---|
| **Name: HERANANDEZ, LAKITTA** | **Date: 08-08-2005** |
| **MRN: 1637668** | **Proc: LHC/SCA/LV** |

| TIME | HR | SEQUENCE | NIBP | SPO2 | RESP | LOC | RHYTHM |
|---|---|---|---|---|---|---|---|
| 10:00:18 | 73 | PRE | 127 / 61 | 95 | 18 | A | Manual |
| 10:05:00 | 75 | PRE | 122 / 63 | 95 | 18 | A | Normal Sinus |
| 10:10:01 | 87 | PRE | 129 / 72 | 100 | 18 | A | Normal Sinus |
| 10:15:00 | 76 | DURING | 112 / 42 | 99 | 18 | A | Normal Sinus |
| 10:20:00 | 94 | DURING | 123 / 58 | 98 | 18 | A | Normal Sinus |
| 10:25:02 | 87 | DURING | 118 / 52 | 99 | 18 | A | Normal Sinus |
| 10:30:01 | 95 | DURING | 135 / 74 | 98 | 18 | A | Normal Sinus |
| 10:35:04 | 95 | DURING | 141 / 75 | 99 | 18 | A | Normal Sinus |
| 10:40:01 | 74 | DURING | 128 / 77 | 100 | 18 | A | Normal Sinus |
| 10:43:58 | 82 | POST | 130 / 74 | 99 | 18 | A | Manual |
| 10:48:00 | 93 | POST | 147 / 93 | 98 | 18 | A | Normal Sinus |

Level Of Consciousness
A - Alert, awake without stimulus
L - Lethargic, awaken with verbal stimuli
O - Obtunded, difficult to wake
U - Unresponsive, no response to verbal/tactile stimuli

**770**

HERANANDEZ, LAKITHA

ID: 1637668

08-08-2005

Attending: Benatar, D. MD

Procedure: LHC/SCA/LV



AO  118/ 74 (92)

AO  115/ 72 (91)

LV  125/ 9, 17

LV  125/ 9, 18

771

-9-

HERANA\_DEZ, LAKITHA    ID: 1637668    08-08-2005

Attending: Benatar, D. MD    Procedure: LHC/SCA/LV



772

# Conscious Sedation

| Name: HERANANDEZ, LAKITTA | Date: 08-08-2005 |
|---|---|
| MRN: 1637668 | Proc: LHC/SCA/LV |

| TIME | HR | SEQUENCE | NIBP | SPO2 | RESP | LOC | RHYTHM |
|---|---|---|---|---|---|---|---|
| 10:00:18 | 73 | PRE | 127 / 61 | 95 | 18 | A | Manual |
| 10:05:00 | 75 | PRE | 122 / 63 | 95 | 18 | A | Normal Sinus |
| 10:10:01 | 87 | PRE | 129 / 72 | 100 | 18 | A | Normal Sinus |
| 10:15:00 | 76 | DURING | 112 / 42 | 99 | 18 | A | Normal Sinus |
| 10:20:00 | 94 | DURING | 123 / 58 | 98 | 18 | A | Normal Sinus |
| 10:25:02 | 87 | DURING | 118 / 52 | 99 | 18 | A | Normal Sinus |
| 10:30:01 | 95 | DURING | 135 / 74 | 98 | 18 | A | Normal Sinus |
| 10:35:04 | 95 | DURING | 141 / 75 | 99 | 18 | A | Normal Sinus |
| 10:40:01 | 74 | DURING | 128 / 77 | 100 | 18 | A | Normal Sinus |
| 10:43:58 | 82 | POST | 130 / 74 | 99 | 18 | A | Manual |
| 10:48:00 | 93 | POST | 147 / 93 | 98 | 18 | A | Normal Sinus |
| 11:01:05 | 81 | POST | 123 / 74 | | | A | Manual |
| 11:31:00 | 80 | POST | 111 / 71 | | | A | |
| 12:01:03 | 60 | POST | | | | A | |
| 13:01:02 | 86 | POST | Pump T/O | | | | |
| 12:31:00 | 88 | POST | 119 / 74 | | | A | |
| 13:26:43 | 80 | POST | Pump T/O | | | A | Manual |
| 13:56:00 | 78 | POST | <10mmHg | | | A | |
| 14:56:00 | 62 | POST | Pump T/O | | | | |
| 15:26:01 | 57 | POST | Pump T/O | | | | |
| 15:56:01 | 53 | POST | Pump T/O | | | | |
| 14:26:00 | 66 | POST | Pump T/O | | | A | |

Level Of Consciousness
A - Alert, awake without stimulus
L - Lethargic, awakes with verbal stimuli
O - Obtunded, difficult to wake
U - Unresponsive, no response to verbal/tactile stimuli

**773**

HERANANDEZ, LAKITTA 1637668
Attending: Benatar, D. MD
Mount Sinai Hospital

- 1 -

Printed On 08-10-2005 07:44:41

POWER IV - WIT BIOMEDICAL

# Conscious Sedation

**Name: HERANANDEZ, LAKITTA**   **Date: 08-08-2005**

**MRN: 1637668**   **Proc: LHC/SCA/LV**

| TIME | HR | SEQUENCE | NIBP | SPO2 | RESP | LOC | RHYTHM |
|------|----|----------|------|------|------|-----|--------|
| 10:00:18 | 73 | PRE | 127 / 61 | 95 | 18 | A | Manual |
| 10:05:00 | 75 | PRE | 122 / 63 | 95 | 18 | A | Normal Sinus |
| 10:10:01 | 87 | PRE | 129 / 72 | 100 | 18 | A | Normal Sinus |
| 10:15:00 | 76 | DURING | 112 / 42 | 99 | 18 | A | Normal Sinus |
| 10:20:00 | 94 | DURING | 123 / 58 | 98 | 18 | A | Normal Sinus |
| 10:25:02 | 87 | DURING | 118 / 52 | 99 | 18 | A | Normal Sinus |
| 10:30:01 | 95 | DURING | 135 / 74 | 98 | 18 | A | Normal Sinus |
| 10:35:04 | 95 | DURING | 141 / 75 | 99 | 18 | A | Normal Sinus |
| 10:40:01 | 74 | DURING | 128 / 77 | 100 | 18 | A | Normal Sinus |
| 10:43:58 | 82 | POST | 130 / 74 | 99 | 18 | A | Manual |
| 10:48:00 | 93 | POST | 147 / 93 | 98 | 18 | A | Normal Sinus |
| 11:01:05 | 81 | POST | 123 / 74 | | | A | Manual |
| 11:31:00 | 80 | POST | 111 / 71 | | | A | |
| 12:01:03 | 60 | POST | | | | A | |
| 13:01:02 | 86 | POST | Pump T/O | | | | |
| 12:31:00 | 88 | POST | 119 / 74 | | | A | |
| 13:26:43 | 80 | POST | Pump T/O | | | A | Manual |
| 13:56:00 | 78 | POST | <10mmHg | | | A | |
| 14:56:00 | 62 | POST | Pump T/O | | | | |
| 15:26:01 | 57 | POST | Pump T/O | | | | |
| 15:56:01 | 53 | POST | Pump T/O | | | | |
| 14:26:00 | 66 | POST | Pump T/O | | | A | |

Level Of Consciousness
A - Alert, awake without stimulus
L - Lethargic, awakes with verbal stimuli
O - Obtunded, difficult to wake
U - Unresponsive, no response to verbal/tactile stimuli

**774**

# Post Procedure Notes

| Name: **HERANANDEZ, LAKITTA** | Date: **08-08-2005** |
|---|---|
| MRN: **1637668** | Proc: **LHC/SCA/LV** |

| | |
|---|---|
| 10:43:54 | Total Fluoro Time: 4.3 mins |
| 10:44:05 | Contrast Intake Type 1: 106 cc's |
| 10:44:14 | Sheath(s) Arterial Pulled, Perclose deployed to RFA. |
| 10:44:28 | Site Status: No Bleeding/Hematoma - Rt groin Sterile Drsg applied. |
| 10:44:29 | Post Assessment Unchanged from Pre-Assessment |
| 10:44:54 | Pain - C/O: No chest pain, discomfort, or other complaints. |
| 10:45:02 | Orientation: Alert, Oriented to person |
| 10:45:09 | Neuro: PERL, Spont. MAE |
| 10:45:17 | Emotional Status: Moderate anxiety |
| 10:45:29 | Skin: Pink, Warm and Dry |
| 10:45:36 | Respirations: Normal, Unlabored |
| 10:45:42 | O2 Status: Pt on Room Air. |
| 10:46:20 | O2 Sats: 98% |
| 10:46:36 | HR: 89 bpm |
| 10:46:41 | BP: 130/74 mmHg |
| 10:46:48 | GI: NPO since 12MN |
| 10:46:55 | GU: Spontaneous voiding. |
| 10:47:01 | Pressure: BP +/- 20% preanesthetic level(2) |
| 10:47:07 | Pulse: Regular, strong(2) |
| 10:47:12 | Respirations: Deep breathes and coughs freely(2) |
| 10:47:16 | Consciousness: Fully awake(2) |
| 10:48:14 | Color: Pink(2) |
| 10:48:19 | Activity: Moves 4 extremities on command(2) |
| 10:48:24 | Post ECG Rhythm: Sinus Rhythm w/o ectopy |
| 10:48:31 | Post Distal Pulses: Bilateral |
| 10:48:38 | IV Unchanged from Pre Assessment |
| 10:48:43 | Post Instructions given. Pt &/or family verbalizes understanding. |
| 10:48:47 | Discharge Instructions given. Pt &/or family verbalizes understanding. |
| 10:51:07 | Report given & pt transferred to 5N (Telemetry) |
| 10:59:18 | pt recived in the holding area |
| 14:03:17 | Site Status: No Bleeding/Hematoma - Rt groin |
| 14:11:47 | pt walked the hall; paine free |
| 14:12:04 | Site Status: No Bleeding/Hematoma - Rt groin |
| 14:12:16 | IV DC'd |

775

# Post Procedure Notes

| Name: **HERANANDEZ, LAKITTA** | Date: **08-08-2005** |
|---|---|
| MRN:  **1637668** | Proc: **LHC/SCA/LV** |

| | |
|---|---|
| 10:43:54 | Total Fluoro Time: 4.3 mins |
| 10:44:05 | Contrast Intake Type 1: 106 cc's |
| 10:44:14 | Sheath(s) Arterial Pulled, Perclose deployed to RFA. |
| 10:44:28 | Site Status: No Bleeding/Hematoma - Rt groin Sterile Drsg applied. |
| 10:44:29 | Post Assessment Unchanged from Pre-Assessment |
| 10:44:54 | Pain - C/O: No chest pain, discomfort, or other complaints. |
| 10:45:02 | Orientation: Alert, Oriented to person |
| 10:45:09 | Neuro: PERL, Spont. MAE |
| 10:45:17 | Emotional Status: Moderate anxiety |
| 10:45:29 | Skin: Pink, Warm and Dry |
| 10:45:36 | Respirations: Normal, Unlabored |
| 10:45:42 | O2 Status: Pt on Room Air. |
| 10:46:20 | O2 Sats: 98% |
| 10:46:36 | HR: 89 bpm |
| 10:46:41 | BP: 130/74 mmHg |
| 10:46:48 | GI: NPO since 12MN |
| 10:46:55 | GU: Spontaneous voiding. |
| 10:47:01 | Pressure: BP +/- 20% preanesthetic level(2) |
| 10:47:07 | Pulse: Regular, strong(2) |
| 10:47:12 | Respirations: Deep breathes and coughs freely(2) |
| 10:47:16 | Consciousness: Fully awake(2) |
| 10:48:14 | Color: Pink(2) |
| 10:48:19 | Activity: Moves 4 extremities on command(2) |
| 10:48:24 | Post ECG Rhythm: Sinus Rhythm w/o ectopy |
| 10:48:31 | Post Distal Pulses: Bilateral |
| 10:48:38 | IV Unchanged from Pre Assessment |
| 10:48:43 | Post Instructions given. Pt &/or family verbalizes understanding. |
| 10:48:47 | Discharge Instructions given. Pt &/or family verbalizes understanding. |
| 10:51:07 | Report given & pt transferred to 5N (Telemetry) |
| 10:59:18 | pt recived in the holding area |
| 14:03:17 | Site Status: No Bleeding/Hematoma - Rt groin |
| 14:11:47 | pt walked the hall, paine free |
| 14:12:04 | Site Status: No Bleeding/Hematoma - Rt groin |
| 14:12:16 | IV DC'd |

**776**

Case 2:05-cv-01389 Document 115 Filed 08/03/2008 Page 38 of 60



HERANANDEZ, LAKITTA

76 bpm

08-08-2005 08:30:13
AIR REST
Normal Sinus          Monitor

R-R 789 ms
1000x=100cm/mv  AO      NO DUCER
REVIEW
Wave # 1
Length: 10 sec

1637668

777

HERANANDEZ, LAKITTA

1637668

08-08-2005 08:31:10
AIR REST
Normal Sinus

**79** bpm

Monitor

R-R: 759 ms.
1000x=10cm/mV
REVIEW
Wave #: 4
Length: 10 sec

AO    NO DUCER

I

II

III

aVR

aVL

aVF

V1

V2

V3

V4

V5

V6

25 mm/s>
[-1-]

778



Case 1:05-cv-01301   Document 115   Filed 08/23/2006   Page 40 of 60

HERANANDEZ, LAKITTA

1637668

08-08-2005 08:30:56
Normal Sinus
AIR REST

**80** bpm

R-R: 750 ms
1000v=10cm/mV
REVIEW
Wave # 3
Length: 10 sec

AO     NO DUCER

Monitor

I
II
III
aVR
aVL
aVF
V1
V2
V3
V4
V5
V6

779

A proud member of Sinai Health System

# ‡SINAI
Mount Sinai Hospital

**DISCHARGE: PATIENT INSTRUCTIONS/FOLLOW-UP RESOURCES**

ACT: 000116089749  FC: PPO
HERNANDEZ,LAKITTA
F  45    BD 12/13/59   08/08/05
ATT: Pivonka NP,Robert]  001637668)
LOC: CATH

Discharge Date: _8/8/05_    Admission Date: _8/8/05_

**INSTRUCTIONS:**

Please follow only those instructions that are checked. Please bring this form to your first clinic visit or physician's appointment.

**DIAGNOSES:**

1. _HTN_    2. _PM_
3. _NON OBSTRUCTIVE CAD_    4. _____

**TESTING:**

Pending Tests:

Pertinent Tests: _L heart / corg / renals_

Results: _∅ obstruction_

**DISCHARGE MEDICATION INSTRUCTIONS FOR PATIENTS**

Please follow this medication schedule and the instructions on the pharmacy label. **Consult your physician before taking any "over-the-counter" medications, before taking medications prescribed by other physicians, of if you have any questions.**

| Prescribed Medication | Dose | When To Take | Special Instructions |
|---|---|---|---|
| Resume home medications | | | |
| LASIX | 20 mg | daily | |
| Lisinopril | 10 mg | daily | |
| Zocor | 40 | daily | |
| Tricor | 48 mg | daily | |
| Atenolol | 25 mg | daily | |
| | | | |
| | | | |
| | | | |
| | | | |

**Special Instructions**

☐ MEDICATION INSTRUCTION PROVIDED

☐ No meds    ☐ Prescription given    ☐ Written information given

01.100.5000  Form 048770  10/00

**780**

**DIET**

☐ Resume previous diet

☒ Prescribed diet  _↓fat ↓ obstruction_

_____

☐ Written information given

**PERSONAL HYGIENE**

☐ Sponge bath only until _____

☒ Shower 8/8  ☐ Tub Bath  ☐ Shampoo

☐ Cover incision, IV, cast, other with plastic wrap when showering

**INCISION/WOUND CARE**

☐ Instructions_____

_____

**ACTIVITY:**

☐ No restrictions  ☐ Activity as tolerated

☐ No stair climbing

☒ No lifting greater than 20 pounds for _(_ weeks

☒ Prescribed activity program  ☐ Written program instructions

☒ No driving for  24°  _____ weeks

☐ Return to work or school on_____

☐ Resume sexual activity on_____

☐ Consult your physician before resuming sexual activity

**OTHER TREATMENTS/PRECAUTIONS**

☐ Instructions_____

_____

| Resources | Phone | Resources | Phone |
|---|---|---|---|
| Doctor _Banatar_ | 773 257 5319 | Home Health | ( ) |
| Other | ( ) | Social Worker | ( ) |
| Other | ( ) | | |

**Special Instruction/Treatment/Home Care:**

_____

_____

_____

_____

_____

_____

**FOLLOW-UP**

It is very important to see your doctor after going home. Please make an appointment to see Dr. _Banatar_ at (location) _Cardiology clinic_ (date) _8/19_ (time) _10:00_. Please bring this discharge sheet and all your medications when you go to see your doctor. If you get sick, call your doctor, or in an extreme emergency, go to the nearest Emergency Room.

I have read, understand and reviewed the above instructions.

_____
Signature of Patient/Responsible Party

_____
Signature of PCP

Pager # _16644_

7/00            WHITE - Copy Chart      YELLOW - Copy Patient      PINK - Physician

**781**

```
RUN DATE: 09/21/07                ***    SINAI HEALTH SYSTEM    ***              PAGE 1
RUN TIME: 1303                         Summary Discharge Report
RUN USER: MARJAC           PCI User: MARJAC    Lab Database: LAB.MSC
```

LOCATION

| PATIENT: HERNANDEZ, LAKITTA | ACCT #: 000116089749 | LOC: CATH | U #: 001637668 |
|---|---|---|---|
| | AGE/SX: 45/F | ROOM: | REG: 08/08/05 |
| REG DR: Benatar MD, Daniel | STATUS: REG CLI | BED: | DIS: |

**** HEMATOLOGY ****

--- COMPLETE BLOOD COUNT ---

| Date | 08/08 | | | Reference | Units |
|---|---|---|---|---|---|
| Time | 0731 | | | | |
| WBC | 9.9 | | | (4.5-11.0) | TH/MM3 |
| RBC | 4.54 | | | (4.00-5.20) | MIL/MM3 |
| HGB | 9.3 | L | | (12.0-16.0) | GM/DL |
| HCT | 30.6 | L | | (36.0-46.0) | % |
| MCV | 67.5 | # L | | (80-100) | FL |
| MCH | 20.6 | L | | (26.0-34.0) | PG |
| MCHC | 30.5 | # L | | (31.0-37.0) | % |
| RDW | 25.6 | # H | | (11.5-14.5) | RDW UNI |
| PLT | 454 | H | | (150-450) | TH/MM3 |
| MPV | 8.3 | | | (7.0-10.4) | FL |

| Patient: HERNANDEZ, LAKITTA | Age/Sex: 45/F | Acct#000116089749 Unit#001637668 |
|---|---|---|

782

RUN DATE: 09/21/07
RUN TIME: 1303
RUN USER: MARJAC

***    SINAI HEALTH SYSTEM    ***
Summary Discharge Report
PCI User: MARJAC    Lab Database: LAB.MSC

PAGE 2

<u>LOCATION</u>

| Patient: HERNANDEZ, LAKITTA | #000116089749    (Continued) |
|---|---|

**** COAGULATION TESTING ****
--- ROUTINE COAGULATION TESTS ---

| Date | Time | PT PATIENT (10.0-13.0) SEC | INR (RATIO) | APTT (23.0-36.5) SEC |
|---|---|---|---|---|
| 08/08 | 0731 | 11.20 | 0.95(a) | 23.4 |

```
NOTES:  (a)  *****************************************************
         ***   NOTES PERTAINING TO THE INR TEST   ***
              SUGGESTED THERAPEUTIC RANGES FOR
                 ORAL ANTICOAGULANT THERAPY
         *****************************************************
         LEVEL OF        INDICATIONS              TARGET INR
         THERAPY                                   RANGE
         -----------------------------------------------------

         STANDARD    TREATMENT OF VENOUS THROMBOSIS.    2.0 - 3.0
         DOSE        TREATMENT OF PULMONARY EMBOLUS.
                     PROPHYLAXIS AGAINST VENOUS
                     THROMBOSIS OR SYSTEMIC EMBOLIZATION.

         HIGH        HIGH RISK PATIENTS WITH
         DOSE        MECHANICAL HEART VALVES.          2.5 - 3.5

         *****************************************************
```

| Patient: HERNANDEZ, LAKITTA | Age/Sex: 45/F | Acct#000116089749 Unit#001637668 |
|---|---|---|

783

RUN DATE: 09/21/07
RUN TIME: 1303
RUN USER: MARJAC

***     SINAI HEALTH SYSTEM     ***
Summary Discharge Report
PCI User: MARJAC     Lab Database: LAB.MSC

PAGE 3

LOCATION

| Patient: HERNANDEZ, LAKITTA | | #000116089749     (Continued) |
|---|---|---|

**** CHEMISTRY ****
--- ROUTINE CHEMISTRY TESTS ---

| Date | 08/08 | | | |
|---|---|---|---|---|
| Time | 0731 | | Reference | Units |
| SODIUM, SERUM | 139 | | (136-146) | MEQ/L |
| POTASSIUM, SER. | 3.6 | # | (3.5-5.1) | MEQ/L |
| CHLORIDE, SERUM | 103 | | (101-111) | MEQ/L |
| CO2 | 27 | | (22-29) | MMOL/L |
| ANION GAP | 9 | | (7-16) | MMOL/L |
| CALCIUM, TOTAL | 8.4 | L | (8.7-10.3) | MG/DL |
| GLUCOSE, SERUM | 114 | H | (70-105) | MG/DL |
| BUN, SERUM | 11 | | (7-18) | MG/DL |
| CREATININE, SR | 0.8 | | (0.5-1.1) | MG/DL |
| BUN/CRET RATIO | 14 | | (12-20) | |

| Patient: HERNANDEZ, LAKITTA | Age/Sex: 45/F | Acct#000116089749 Unit#001637668 |
|---|---|---|

784

```
RUN DATE: 09/21/07              ***   SINAI HEALTH SYSTEM   ***              PAGE 4
RUN TIME: 1303                      Summary Discharge Report
RUN USER: MARJAC          PCI User: MARJAC   Lab Database: LAB.MSC
```

<u>LOCATION</u>

| Patient: HERNANDEZ, LAKITTA | #000116089749 | (Continued) |
|---|---|---|

### Pathology Findings
### 08/06/07

**Specimen:** 07:CY022585   SOUT   **Received:** 08/06/07-UNK   **Spec Type:** AUTO DX

**CYTOLOGY INTERPRETATION/RESULT**

EPITHELIAL CELLS ABNORMALITES (SEE DIAGNOSIS TO FOLLOW):

ATYPICAL SQUAMOUS CELLS OF UNDETERMINED SIGNIFICANCE.
FUNGAL ORGANISMS MORPHOLOGICALLY CONSISTENT WITH CANDIDA SPP

**SPECIMEN ADEQUACY:** SATISFACTORY FOR EVALUATION
ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT PRESENT

**SUGGESTIONS:** REPEAT CYTOLOGY, COLPOSCOPY OR HIGH RISK HPV

   NOTE: THE PAP TEST IS A SCREENING TEST FOR CERVICAL CANCER WITH AN
         INHERENT FALSE NEGATIVE RATE.

**CYTOLOGY SPECIMEN TYPE**

LIQUID BASE
THIS SPECIME WAS SCREENED BY AN AUTOMATED DEVICE (FOCAL
POINT, TRIPATH IMAGING, INC) COMBINED WITH MANUAL REVIEW.

**Signed**                          Al-Masri MD,Hytham 08/10/07

### Pathology Findings
### 10/04/06

**Specimen:** 06:S007599   SOUT   **Received:** 10/04/06-0838   **Spec Type:** SURGICAL

**FINAL DIAGNOSIS**

SPECIMEN LABELED "UTERINE CERVIX, @ 4 O'CLOCK, BIOPSY":
   ECTOCERVICAL MUCOSA, NEGATIVE FOR DYSPLASIA

SPECIMEN LABELED "UTERINE CERVIX, @ 7 O'CLOCK, BIOPSY":
   MILD DYSPLASIA/CIN-I

SPECIMEN LABELED "ENDOCERVICAL CURETTAGE":
   ENDOCERVICAL GLANDULAR AND ECTOCERVICAL SQUAMOUS MUCOSA, NEGATIVE FOR DYSPLASIA

| Patient: HERNANDEZ,LAKITTA | Age/Sex: 45/F | Acct#000116089749 Unit#001637668 |
|---|---|---|

785

LOCATION

| Patient: HERNANDEZ, LAKITTA | #000116089749 | (Continued) |

**FINAL DIAGNOSIS**          (Continued)

   NOTE: REFERENCE IS MADE TO PREVIOUS CYTOLOGY 06:CY10884.


   JG

**GROSS DESCRIPTION**

The specimen are received in three containers, preserved in formalin.  The first specimen labeled "CERVICAL BIOPSY @  4 O' CLOCK" consists of  a firm tan-white, wedge shaped piece of tissue measuring 0.4 x 0.3 x 0.2 cm. The specimen is submitted for histology in cassette 1A.

The second specimen labeled "CERVICAL BIOPSY @  7 O'CLOCK"  consists of  a firm, tan-white wedge-shaped piece of tissue measuring 0.4 x 0.3 x 0.2 cm.  The specimen is submitted entirely for histology in cassette 2A.

The third specimen labeled "ECC" consists of multiple tan, wispy, friable, irregular tissue fragments admixed with mucoid material measuring in aggregate 0.8 x 0.8 x 0.1 cm.  The specimen is filtered and submitted entirely for histology in cassette 3A.

jg/ng/bd

**POST OPERATIVE DIAGNOSIS**

NON STATED

**PRE OPERATIVE DIAGNOSIS**

LGSIL

| **Signed** | | Garon, Jack E. 10/05/06 |

| Patient: HERNANDEZ, LAKITTA | Age/Sex: 45/F | Acct#000116089749 Unit#001637668 |

**786**

# SINAI
**Sinai Medical Group**

## Cardiology Encounter Form

Patient Name:_____

Acct #:_____

Date of Service:_____

Prim. Insurance:_____

Ref. Physician:_____

DOB:_____

Clinic:_____

Sec. Insurance:_____

Auth:_____

☐ Cash    ☐ Check    ☐ Credit Card    ☐ CoPay:_____

```
HERNANDEZ           LAKITTA        F
12/13/59   08/16/05  A# 000009454252
KHOSLA MD, SANDE     KLING Establish PT C
KING                 KLT CAR
COMMERCIAL INSURAN SMG KLIMD2
353000079            (UNITY001437649 )
```

| New Patient | CPT | Mod# | Dx# | Fee |
|---|---|---|---|---|
| Minimal/Problem Focus | 99201 | | | |
| Brief/Expand Prob Focus | 99202 | | | |
| Low/Detailed Prob Focus | 99203 | | | |
| Moderate/Comprehensive | 99204 | | | |
| High/Comprehensive | 99205 | | | |
| **Established Patient** | CPT | Mod# | Dx# | Fee |
| Minimal/Problem Focus | 99211 | | | |
| Brief/Problem Focused | 99212 | | | |
| Expanded Prob Foc | 99213 | | | |
| Mod/Detailed Prob Foc | 99214 | | | |
| High/Comprehensive | 99215 | | | |
| **Other Consultations** | CPT | Mod# | Dx# | Fee |
| Minimal | 99241 | | | |
| Brief | 99242 | | | |
| Low | 99243 | | | |
| Moderate | 99244 | | | |
| High/Comprehensive | 99245 | | | |

Referring MD (required): *Prabhakar*

| Procedures | CPT | Mod# | Dx# | Fee |
|---|---|---|---|---|
| Coloscreen, 1-3 | 82270 | | | |
| ECG | 9300 | | | |
| Flu  Splitvirus  3 years & above | 90658 | | | |
| Holter Monitor – 24 Hr | 93233 | | | |
| Pnomovax | 90732 | | | |
| Rhythm Strip | 93040 | | | |
| | | | | |
| Pacemaker Check – Dual Ch | 93731 | | | |
| w/reprogramming | 93732 | | | |

| | CPT | Mod# | Dx# | Fee |
|---|---|---|---|---|
| Pacemaker Check – Single Ch | 93734 | | | |
| w/reprogramming | 93735 | | | |

| In House Labs | CPT | Mod# | Dx# | Fee |
|---|---|---|---|---|
| Accucheck | 82948 | | | |
| Blood Draw / Finger Stick | 36415 | | | |
| Blood Draw – MD skills required | 36410 | | | |
| Fecal Occult Blood | 82270 | | | |
| Hemoglobin – In Office Only | 85018 | | | |
| Hematocrit – In Office Only | 85013 | | | |
| Specimen Handling | 99000 | | | |
| UA Dipstick | 81002 | | | |

| Other Lab Services | CPT | Mod# | Dx# | Fee |
|---|---|---|---|---|
| | | | | |

## OTHER / Comments

☐ CT Scan            ☐ MRI

☐ Nuclear Medicine   ☐ X-Ray

☐ Ultrasound         ☐ Other _____

Consultation ☐

Other Lab Services ☐

| Diagnosis | Code |
|---|---|
| 1. CAD. Non-obstruct | ____ |
| 2. HTN | ____ |
| 3. Hypercholesterolemia | ____ |
| 4. SOB | ____ |

Other Prov. Signature _____

Attending Signature _____

RTC in _____ Wks X Mo _____ Min

To See _____

Previous Bal. _____    Today's Charge $10.00CA

CK. NO. _____

Today's Payment _____

DATE _____

**PAID**

## CARDIOLOGY

**REFERRING MD** *Prabhakar*

HERNANDEZ          LAKITTA          F
12/13/59   09/16/05        AH 000009456252
KHOSLA MD, SANDE     KLINS Establish Pt C
KHOS                    RCT CAR
COMMERCIAL  INSURAN  SHG  KLINS2
35?0?00??                ( INTTHOV 63??6? )

**NURSING ASSESSMENT:**

BP  100/60

HR  96

RR  16

TEMP

HT

WT  280

ALLERGIES  NKD

**SMOKING**  ✓

CURRENT _____

FORMER _____

NEVER _____

**FAMILY HISTORY** _____  ✓

(HEART DISEASE)

**MARITAL STATUS** _____

**MEDICATIONS** _____

Lasix 20 mg po qd

Zocor 40 mg po qd

Lisinopril 10 mg po qd

Tricor 4t mg po qd.

---

**CC** Pain (R) groin × mth. s/l cath. s/2 blck SOB, cp on exertn.

**HPI** (include location, quality, severity, duration, timing, context, modifying factors and associated symptoms)

1½ block SOB, cp on exertion, PND, cough, swelling of legs,
fatigue of legs L > R, pain (R) groin.

_____

_____

**REVIEW OF SYSTEMS:**

CONSTITUTIONAL _____    GASTROINTESTINAL _____    NEUROLOGICAL _____

EYES _____    GENITOURINARY _____    PSYCHIATRIC _____

ENT _____    MUSCULO SKELETAL _____    ENDOCRINE _____

RESPIRATORY _____    SKIN/BREAST _____    ALLERGIC IMMUNOLOGIC _____

(DISCUSS POSITIVES) _____

ALL OTHER NEGATIVES _____

**PAST AND SOCIAL HISTORY** Smoker: 24 Pk-yrs. Currently 8 cig/day. PM Lasix ⊕ DM thyd
denies any SH. CP cardio cath 8/6/5 obese. ⊕ ETOH denies drugs

---

**EXAMINATION:**

GENERAL APPEARANCE:  ☐  WELL DEVELOPED AND NOURISHED

☑  APPEARS STATED AGE

HEENT/NECK  EYES ___   ENT ✓ nl   JVP ⊕ ↑

RESPIRATORY:  ☐  NORMAL AIR ENTRY B/L, NO CRACKLES OR WHEEZES

☑  ABNORMAL  Bibasilar insp crackles

CARDIOVASCULAR:

PALPATION:  ☐  NO HEAVE OR THRILL, CARDIAC IMPULSE NOT DISPLACED

☐  ABNORMAL

AUSCULTATION  S₁S₂ reg. + gallop ⊕ Murmur

PULSES:  CAROTID 2/2 ___ nl

FEMORAL 2/2 ___ nl

PEDAL 2/2 ___ nl

PERIPHERAL EDEMA:  NONE    TRACE    +  (↔)  ++

0000 53

**EXAMINATION cont:**

**ABDOMINAL EXAM**      **MASSES OR TENDERNESS**   No

**HEPATO-SPLENOMEGALY**   No

**NEUROLOGICAL/PSYCHIATRIC**

✓   **ORIENTED TO TIME PLACE AND PERSON** (Note if abnormal)

✓   **NORMAL AFFECT AND MOOD** (Note if abnormal)

**MUSCULO-SKELETAL/GENITOURINARY/SKIN:**   Normal_____

(DETAIL IF ABNORMAL)_____

**LABORATORY DATA  Tests Reviewed** (list all that were reviewed):

1.     EKG _____
2. 6/16/4  ECHOCARDIOGRAM  LVEF 55%. Trace TR . mild P.h. HTN
3. 6/16/4  STRESS TEST   Negative
4. 5/2/5  ANGIOGRAM    No obstructive CAD
5. 7/7/5  CBC, HEMAT, CHOLESTEROL, ETC  Tg 219  chol 221. HDL 32  LDL 146. LFT nml
6.   WBC  OTHER  TSH  1.11
7- 7/26/5  HbO2 : WNL

**PROBLEM LIST /PLAN:**

1.     **PROBLEM #1** _____  SOB
       **PLAN/WORK-UP** _____

       **PROBLEM #2** _____  stop trim
       **PLAN/WORK-UP** _____

Now dx't CAD?
Lv ①
need push HTN
R/o OSA?
Pul consult to

       **PROBLEM #3** _____  Anxiety
       **PLAN/WORK-UP** _____
       PFT SCP

       **PROBLEM #4** _____
       **PLAN/WORK-UP** _____
       D/L 6 mo

5.     **PROBLEM #5** _____
       **PLAN/WORK-UP** _____

☐ SANDEEP KHOSLA, M.D.
☐ AZIZ AHMED, M.D.

**EXAMINATION** (cont):

    **ABDOMINAL EXAM:**    MASSES OR TENDERNESS  No

                       HEPATO-SPLENOMEGALY  No

**NEUROLOGICAL/PSYCHIATRIC:**

    ✓    ORIENTED TO TIME PLACE AND PERSON  (Note if abnormal)

    ✓    NORMAL AFFECT AND MOOD  (Note if abnormal)

**MUSCULO-SKELETAL/GENITOURINARY/SKIN:**  Normal _____

                        (DETAIL IF ABNORMAL) _____

---

**LABORATORY DATA  Tests Reviewed (list all that were reviewed):**

1.   EKG _____
2. 6/16/4 ECHOCARDIOGRAM  LVEF 61. Trace TR. Mild Pulm. HTN
3. 6/28/4 STRESS TEST  Negative
4. 8/4/4 ANGIOGRAM  No obstructive CAD
5. 8/4/4 CBC, HEMAT, CHOLESTEROL, ETC  Tg 217 chol 221. HDL 32 LDL 146. LF9 nml
6. N/A  OTHER  TSA  1.11
7. 9/20/5 Blood WNL

**PROBLEM LIST /PLAN:**

1.   PROBLEM #1 ____ EOB ____

    PLAN/WORK-UP _____

    PROBLEM #2 ____ stop trim ____

    PLAN/WORK-UP _____

    PROBLEM #3 ____ study ____

    PLAN/WORK-UP _____

    PROBLEM #4 _____

    PLAN/WORK-UP _____

5.   PROBLEM #5 _____

    PLAN/WORK-UP _____

9/1/05

☐ SANDEEP KHOSLA, M.D.

☐ AZIZ AHMED, M.D.

*(handwritten margin notes, left side):* Now start cal/ca / Lo HR / need pul HTN / R/O OSA / Pul consult

*ok to file 9/1/05*

# ✚SINAI
A proud member of Sinai Health System
**Sinai Medical Group**

**Cardiology Encounter Form**

Patient Name: _____

Acct #: _____  DOB: _____

Date of Service: _____  Clinic: _____

Prim. Insurance: _____  Sec. Insurance: _____

Ref. Physician: _____  Auth: _____

☐ Cash  ☐ Check  ☐ Credit Card  ☐ CoPay: _____

HERNANDEZ            LAKITTA        F
12/13/59  08/19/05   AH 0XX00950903
Ronalda MD, T De    KLI New Patient Card
86000               KLI CAR
COMMERCIAL INSURAH SMG KLIMB2
25300O932            (UNIT#XY01637669 )

| New Patient | CPT | Mod.# | Dx# | Fee |
|---|---|---|---|---|
| Minimal/Problem Focus | 99201 | | | |
| Brief/Expand Prob Focus | 99202 | | | |
| Low/Detailed Prob Focus | 99203 | | | |
| Moderate/Comprehensive | 99204 | | | |
| High/Comprehensive | 99205 | | | |
| Established Patient | CPT | Mod.# | Dx# | Fee |
| Minimal/Problem Focus | 99211 | | | |
| Problem Focused | 99212 | | | |
| Low/Expanded Prob Foc | 99213 | | | |
| Mod/Detailed Prob Foc | 99214 | | | |
| High/Comprehensive | 99215 | | | |
| Office Consultations | CPT | Mod.# | Dx# | Fee |
| Minimal | 99241 | | | |
| Brief | 99242 | | | |
| Low | 99243 | | | |
| Moderate | 99244 | | | |
| High/Comprehensive | 99245 | | | |

Referring MD (required): *Probhakar*

| Procedures | CPT | Mod.# | Dx# | Fee |
|---|---|---|---|---|
| Coloscreen, 1-3 | 82270 | | | |
| ECG | 9300 | | | |
| Splitvirus 3 years & above | 90658 | | | |
| Monitor – 24 Hr | 93233 | | | |
| Pneumovax | 90732 | | | |
| Rhythm Strip | 93040 | | | |
| | | | | |
| Pacemaker Check – Dual Ch | 93731 | | | |
| w/reprogramming | 93732 | | | |

| | CPT | Mod.# | Dx# | Fee |
|---|---|---|---|---|
| Pacemaker Check – Single Ch | 93734 | | | |
| w/reprogramming | 93735 | | | |

| In House Labs | CPT | Mod.# | Dx# | Fee |
|---|---|---|---|---|
| Accucheck | 82948 | | | |
| Blood Draw / Finger Stick | 36415 | | | |
| Blood Draw – MD skills required | 36410 | | | |
| Fecal Occult Blood | 82270 | | | |
| Hemoglobin – In Office Only | 85018 | | | |
| Hematocrit – In Office Only | 85013 | | | |
| Specimen Handling | 99000 | | | |
| UA Dipstick | 81002 | | | |

| | CPT | Mod.# | Dx# | Fee |
|---|---|---|---|---|

## OTHER / Comments

☐ CT Scan  ☐ MRI

☐ Nuclear Medicine  ☐ X-Ray

☐ Ultrasound  ☐ Other _____

**Consultation** ☐.

**Other Lab Services** ☐

| Diagnosis | | Code |
|---|---|---|
| 1 _____ *SOB* | | |
| 2 _____ | | |
| 3 _____ | | |

Other Prov. Signature _____

Attending Signature *Rencta*

RTC in _____ Wks _____ Min

**PAID**

Previous Bal. _____ Today's Charge _____

CT NO. _____

Today's Payment _____

DATE _____

FORM 056414  05 500 9020  (2/03)

# CARDIOLOGY

**REFERRING MD** _Probhakar_

HETNANDEZ                  LAKITTA                F
12/13/59      08/19/05      AH 000009504903
Renster MD,J Dr      PLI New Patient Card
BENJO                              PLI CAR
COMMERCIAL INDIAN SMG KLIMBO
353900022              (UNITH001437668  )

## NURSING ASSESSMENT:

BP _100/60_

HR _80_

RR _20_

TEMP ___

HT ___

WT _280_

ALLERGIES _NKA_

SMOKING _Y_

CURRENT ___

FORMER ___

NEVER ___

FAMILY HISTORY ___

(HEART DISEASE) ___

MARITAL STATUS ___

MEDICATIONS ___

___

___

___

___

---

## CC ___

**HPI** (include location, quality, severity, duration, timing, context, modifying factors and associated symptoms)

_46 y old female S/P cath 2 m ago_

_B leg pain. chest pain before cath to_

_R Gr, on 500 (name_

### REVIEW OF SYSTEMS

CONSTITUTIONAL ___

EYES ___

ENT ___

RESPIRATORY ___

(DISCUSS POSITIVE) ___

GASTROINTESTINAL ___

GENITOURINARY ___

MUSCULOSKELETAL ___

SKIN/BREAST ___

NEUROLOGICAL ___

PSYCHIATRIC ___

ENDOCRINE ___

ALLERGIC IMMUNOLOGIC ___

ALL OTHER NEGATIVES ___

PAST AND SOCIAL HISTORY _(+) smoking_

---

## EXAMINATION:

**GENERAL APPEARANCE:** ☑ WELL DEVELOPED AND NOURISHED

☐ APPEARS STATED AGE

**HEENT/NECK:** EYES ___ ENT ___ JVP ___

**RESPIRATORY:** ☑ NORMAL AIR ENTRY B/L, NO CRACKLES OR WHEEZES

☑ ABNORMAL ___

**CARDIOVASCULAR:**

**PALPATION:** ☑ NO HEAVE OR THRILL, CARDIAC IMPULSE NOT DISPLACED

☐ ABNORMAL ___

**AUSCULTATION** ___

**PULSES:** CAROTID 2/2 ___ nl

FEMORAL 2/2 ___ nl   n/l  2+ bgth

PEDAL 2/2 ___ nl  (R) 2+ pedal/tibial

**PERIPHERAL EDEMA:** (NONE)   TRACE   (L) 2+ pedal/tibial

_warm feet (R)_

**EXAMINATION cont:**

ABDOMINAL EXAM:    MASSES OR TENDERNESS    No _____

HEPATO-SPLENOMEGALY    No _____

NEUROLOGICAL/PSYCHIATRIC:

☐    ORIENTED TO TIME PLACE AND PERSON   (Note if abnormal)

☑    NORMAL AFFECT AND MOOD  (Note if abnormal)

MUSCULO-SKELETAL/GENITOURINARY/SKIN:   Normal _____

(DETAIL IF ABNORMAL) _____

---

**LABORATORY DATA  TESTS REVIEWED (list all that were reviewed):**

1.    EKG _____

2.    ECHOCARDIOGRAM _____

3.    STRESS TEST _____

4.    ANGIOGRAM _____

5.    CBC, HEMAT, CHOLESTEROL, ETC _____

6.    OTHER _____

**PROBLEM LIST /PLAN:**

1.    PROBLEM #1  _painin Ⓡ toe. r/l DPⒶ_

PLAN/WORK-UP  _NSAIDs,_

_F/U PCP in 1 - 2 weeks._

2.    PROBLEM #2  _smoking_

PLAN/WORK-UP  _smoking cessation_

3.    PROBLEM #3  _obesity_

PLAN/WORK-UP  _diet_

_____

4.    PROBLEM #4 _____

PLAN/WORK-UP _____

_____

5.    PROBLEM #5 _____

PLAN/WORK-UP _____

_____

☐ SANDEEP KHOSLA, M.D.

☐ AZIZ AHMED, M.D.

_Khandker_ 8/19

---

**FELLOW/RESIDENT'S SIGNATURE**

ATTENDING PHYSICIAN'S SIGNATURE

| CHECK CARD USING ▢ FOR PAYMENT | | |
|---|---|---|
| ▢ MASTERCARD ▢ VISA ▢ DISCOVER | | |
| CARD NUMBER | | |
| | | AMOUNT |
| SIGNATURE | | |
| | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 09/27/06 | 22053.36 | SC0000177660 |

STATEMENT # :          ST206270G766SC
ADDRESSEE:

PAYMENT DUE BY : 10/17/2006

| SHOW AMOUNT PAID HERE | $ |
|---|---|

MAKE CHECKS PAYABLE AND REMIT TO:

36 14                                    L236HC01

LAKITTA HERNANDEZ
6714 S OAKLEY AVE
CHICAGO, IL 60636-2406

SINAI MEDICAL GROUP
3537 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**STATEMENT**

Page: 14 of 18

▢ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PROVIDER | * | DESCRIPTION | AMOUNT | PENDING WITH INS | GUAR BALANCE |
|---|---|---|---|---|---|---|
| 10/11/05 | Hecht,Alan | * | RADIOLOGICAL SERVICE | 30.00 | | |
| 11/30/05 | | | PAY STAR HRG | 0.00 | | |
| 11/30/05 | | | CK# 709852 | | | |
| | | | ADJ STAR HRG | -18.00 | | |
| | | | BENEFIT MAX HAS BEEN MET | | | |
| 10/10/05 | Muzaffar,Shi | * | MEDICINE SERVICES | 210.00 | | 12.00 |
| 12/27/05 | | | ADJ STAR HRG | -140.62 | | |
| 10/11/05 | Muzaffar,Shi | * | MEDICINE SERVICES | 210.00 | | 69.38 |
| 12/27/05 | | | ADJ STAR HRG | -140.62 | | |
| 10/12/05 | Muzaffar,Shi | * | MEDICINE SERVICES | 210.00 | | 69.38 |
| 12/27/05 | | | ADJ STAR HRG | -140.62 | | |
| 10/13/05 | Muzaffar,Shi | * | MEDICINE SERVICES | 210.00 | | 69.38 |
| 12/27/05 | | | ADJ STAR HRG | -140.62 | | |
| | | | DEDUCTIBLE AMOUNT | | | 69.38 |
| 10/15/05 | Iliescu,Mari | * | MEDICINE SERVICES | 163.00 | | 163.00 |
| 10/16/05 | Iliescu,Mari | * | MEDICINE SERVICES | 163.00 | | 163.00 |
| 10/17/05 | Iliescu,Mari | * | MEDICINE SERVICES | 163.00 | | 163.00 |
| 09/26/05 | Benatar,Jose | * | MEDICINE SERVICES | 160.00 | 160.00 | |
| 09/26/05 | Benatar,Jose | * | MEDICINE SERVICES | 70.00 | 70.00 | |
| 09/26/05 | Benatar,Jose | * | MEDICINE SERVICES | 20.00 | 20.00 | |
| 10/10/05 | Ekechukwu MD | * | SURGERY | 256.00 | 256.00 | |
| 10/10/05 | Ekechukwu MD | * | RADIOLOGY | 200.00 | 200.00 | |
| 11/14/05 | Tracy,Mark E | * | MEDICINE SERVICES | 231.00 | | |
| 02/28/06 | | | PAY STAR HRG | 0.00 | | |
| | | | BEN MAX REACHED FOR YEAR | | | |
| | | | BENEFIT MAX HAS BEEN MET | | | |
| 11/15/05 | Tracy,Mark E | * | MEDICINE SERVICES | 70.00 | | 231.00 |
| 02/28/06 | | | PAY STAR HRG | 0.00 | | |
| | | | BEN MAX REACHED FOR YEAR | | | |
| | | | BENEFIT MAX HAS BEEN MET | | | |
| 11/16/05 | Tracy,Mark E | * | MEDICINE SERVICES | 70.00 | | 70.00 |
| 02/28/06 | | | PAY STAR HRG | 0.00 | | |

*Items marked with an asterisk have been filed to your insurance.
BUSINESS OFFICE HOURS 8am - 5pm, Monday-Friday (708-865-2844)

PAYMENT DUE BY : 10/17/2006

| DUE FROM PATIENT |
|---|
| 22053.36 |

SUMMARY OF GUARANTOR BALANCE

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS |
|---|---|---|---|---|
| | 46.40 | 189.20 | 349.33 | 21468.43 |

Guarantor Name:          LAKITTA HERNANDEZ
Tax ID:
TOTAL BALANCE:                    27387.52
PENDING WITH INSURANCE:          5334.16
GUAR BALANCE:                    22053.36

117285090 291673-1  473

ACCESS COMMUNITY HEALTH NETWORK
3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674
(773)257-2700

07/25/06

HERNANDEZ,LAKITTA
6714 S OAKLEY BSMT
CHICAGO, IL 60636

Patient Name:        LAKITTA HERNANDEZ
Patient Account #:   AC0001069586
Date of Service:     05/08/2006
Balance Due:         $29.36

### INSURANCE DENIAL LETTER

Dear LAKITTA HERNANDEZ,

Services provided to you have been submitted to your insurance
company. However, we have not received payment for the following
reason(s).

_____PATIENT WAS NOT ELIGIBLE ON DATE OF SERVICE

_____PAYMENT WAS APPLIED TO DEDUCTIBLE

_____SERVICES WERE NOT COVERED UNDER EXISTING POLICY

_____YOU DID NOT GO TO YOUR CORRECT HMO SITE

_____NO AUTHORIZATION WAS GIVEN BY YOUR PRIMARY CARE PHYSICIAN

_____YOUR COVERAGE HAS BEEN TERMINATED

_____OUR RECORDS INDICATE YOU HAVE ANOTHER INSURANCE CARRIER

XXXX  THE BENEFIT OR PLAN YEAR MAXIMUM HAS BEEN MET BALANCE IS
      YOUR RESPONSIBILITY.

COMMENTS_____
_____
_____

Please send check or money order to ACCESS COMMUNITY HEALTH
NETWORK. If you have any questions, call us as soon as possible.

Thank you for your cooperation.

LATONYA HENDERSON
Billing Department
Access Community Health Network


PLAINTIFF'S



3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0033

16830-Q853

**RETURN SERVICE REQUESTED**

ANY QUESTIONS, PLEASE CALL: 773-257-2700

| STATEMENT DATE | ACCT. # |
|---|---|
| 02/23/06 | ST206054Z245AC |

| PAYMENT | PAY THIS AMOUNT / Envie esta cantidad |
|---|---|
| DUE BY:   03/10/06 | $15.00 |

SHOW AMOUNT PAID HERE:
Escriba la Cantidad:          $

■■■■■ ADDRESSEE / REMITENTE: ■■■■■          ■■■■■ REMIT TO / ENVIE A: ■■■■■

LAKITTA HERNANDEZ
MARK HUDLEY
6714 S OAKLEY
CHICAGO, IL 60636-2406

ACCESS COMMUNITY HLTH NETWORK
3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0033

PAGE: 1

16830-Q853*1QPOL4SA9000686

**STATEMENT**    PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

☐ Please check box if address is incorrect or insurance
☐ information has changed, and indicate change(s) on reverse side.

| DATE | * | PROVIDER | DESCRIPTION | TOTAL CHARGES | PAYMENT | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| | | | **ST206054Z245AC** | | | |
| 11/17/05 | | EVANSTON ROGE | OFFICE/OUTPATIENT VISIT, NEW | 112.00 | | |
| 11/17/05 | | | ADJ CHARITY CARE FOR SP.ACCESS | | -97.00 | 15.00 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS + | TOTAL | PATIENT BALANCE | |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | $15.00 | | 15.00 |

| PENDING INSURANCE BALANCE | 0.00 |
|---|---|

YOUR ACCOUNT IS PAST DUE. PLEASE PAY THIS BALANCE
IN FULL WITHIN 15 DAYS.
If you have any questions, please call (773)257-2700.  Si tiene
alguna pregunta, por favor llame (773)257-2700.  Gracias.
*  ITEMS MARKED WITH ASTERISK HAVE BEEN BILLED TO YOUR INSURANCE COMPANY

| PLEASE PAY THIS AMOUNT | 15.00 |
|---|---|

16830-Q853*1QPOL4SA9000686

ACCESS COMMUNITY HEALTH NETWORK
3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674
(773)257-2700

03/02/05

HERNANDEZ,LAKITTA
6714 S OAKLEY
CHICAGO, IL 60636

Patient Name:        LAKITTA HERNANDEZ
Patient Account #:   AC0001069586
Date of Service:     06/22/04
Balance Due:         $52.80

INSURANCE DENIAL LETTER

Dear LAKITTA HERNANDEZ,

Services provided to you have been submitted to your insurance
company. However, we have not received payment for the following
reason(s).

_____PATIENT WAS NOT ELIGIBLE ON DATE OF SERVICE

_____PAYMENT WAS APPLIED TO DEDUCTIBLE

_____SERVICES WERE NOT COVERED UNDER EXISTING POLICY

_____YOU DID NOT GO TO YOUR CORRECT HMO SITE

_____NO AUTHORIZATION WAS GIVEN BY YOUR PRIMARY CARE PHYSICIAN

_____YOUR COVERAGE HAS BEEN TERMINATED

_____OUR RECORDS INDICATE YOU HAVE ANOTHER INSURANCE CARRIER

_____THE INSURANCE COMPANY ALREADY PAID THEIR LIABILITY AND THE
        REMAINING BALANCE IS YOUR RESPONSIBILITY

YOU MUST CALL YOUR INSURANCE AS SOON AS POSSIBLE FOR THIS CLAIM TO
BE PROCESSED.

_____
_____

Please send check or money order to ACCESS COMMUNITY HEALTH
NETWORK. If you have any questions, call us as soon as possible.

Thank you for your cooperation.

MARY ANN DICKENS
773-257-2269

Billing Department
Access Community Health Network



ACCESS COMMUNITY
HEALTH
NETWORK
Keeping you and your neighborhood healthy

3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0033

16830-Q853

0101

**RETURN SERVICE REQUESTED**

ANY QUESTIONS, PLEASE CALL: 773-257-2700

| | STATEMENT DATE | ACCT. # |
|---|---|---|
| | 01/26/06 | ST206026Y498AC |

| SHOW AMOUNT PAID HERE: | PAYMENT | PAY THIS AMOUNT / Envie esta cantidad |
|---|---|---|
| Escriba la Cantidad:  $ | DUE BY:   02/10/06 | $15.00 |

652370

■■■■■■ ADDRESSEE / REMITENTE: ■■■■■■

LAKITTA HERNANDEZ
MARK HUDLEY
6714 S OAKLEY
CHICAGO, IL 60636-2406

■■■■■ REMIT TO / ENVIE A: ■■■■■

ACCESS COMMUNITY HLTH NETWORK
3359 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0033

PAGE: 1

16830-Q853*1Q00JB827000767

☐ Please check box if address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

### STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | * | PROVIDER | DESCRIPTION | TOTAL CHARGES | PAYMENT | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| 11/17/05 11/17/05 | | EVANSTON ROGE | **ST206026Y498AC** OFFICE/OUTPATIENT VISIT, NEW ADJ CHARITY CARE FOR SP.ACCESS | 112.00 | -97.00 | 15.00 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS + | TOTAL | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | $15.00 | 15.00 |

| PENDING INSURANCE BALANCE | 0.00 |
|---|---|
| PLEASE PAY THIS AMOUNT | 15.00 |

YOUR ACCOUNT IS PAST DUE.  PLEASE PAY THIS BALANCE
IN FULL WITHIN 15 DAYS.
If you have any questions, please call (773)257-2700.  Si tiene
alguna pregunta, por favor llame (773)257-2700.  Gracias.
*  ITEMS MARKED WITH ASTERISK HAVE BEEN BILLED TO YOUR INSURANCE COMPANY

16830-Q853*1Q00JB827000767

ACCESS COMMUNITY HEALTH NETWORK
P.O BOX 87618 DEPT.#9090
CHICAGO, IL 60680-0618
(773)257-2700

02/01/07

HERNANDEZ,LAKETA
6714 S OAKLEY BSMT
CHICAGO, IL 60636

Patient Name:        LAKETA HERNANDEZ
Patient Account #:   AC0001069586
Date of Service:     10/03/06
Balance Due:         $219.30

INSURANCE DENIAL LETTER

Dear LAKETA HERNANDEZ,

Services provided to you have been submitted to your insurance
company. However, we have not received payment for the following
reason(s).

_____PATIENT WAS NOT ELIGIBLE ON DATE OF SERVICE

_____PAYMENT WAS APPLIED TO DEDUCTIBLE

_____SERVICES WERE NOT COVERED UNDER EXISTING POLICY

_____YOU DID NOT GO TO YOUR CORRECT HMO SITE

_____NO AUTHORIZATION WAS GIVEN BY YOUR PRIMARY CARE PHYSICIAN

_____YOUR COVERAGE HAS BEEN TERMINATED

_____OUR RECORDS INDICATE YOU HAVE ANOTHER INSURANCE CARRIER

_____THE INSURANCE COMPANY ALREADY PAID THEIR LIABILITY AND THE
       REMAINING BALANCE IS YOUR RESPONSIBILITY

COMMENTS:PER YOUR INSURANCE COMPANY YOU HAVE MAX OUT YOUR ROUTINE
BENEFIT BALANCE DUE IS PATIENT RESPONSIBILITY.

Please send check or money order to ACCESS COMMUNITY HEALTH
NETWORK. If you have any questions, call us as soon as possible.

Thank you for your cooperation.

GLORIA,CALBERT
Billing Department
Access Community Health Network