KAH/abb        07-0079

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKITTA HERNANDEZ, ) | |
| ) | No. 08 C 1380 |
| Plaintiff, ) | |
| ) | Judge Kocoras |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, SINAI ) | |
| HEALTH SYSTEM, a corporation, et al., ) | Formerly Case No. 07 L 008301 |
| ) | Circuit Court of Cook County, Illinois |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record (See attached Service List)

   PLEASE TAKE NOTICE that on **Tuesday, April 8, 2008,** at **9:30 a.m.** at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge St. Kocoras in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinnois, or before such other judge who may be sitting in his place and stead, and then and there present **PLAINTIFF'S MOTION TO REMAND THE INSTANT CAUSE TO THE CIRCUIT COURT OF COOK COUNTY, OR IN THE ALTERNATIVE FOR PARTIAL REMAND**, at which time and place you may appear, if you see fit.

                    Respectfully Submitted,

                    /s/ Keith A. Hebeisen
                    Keith A. Hebeisen #6185378
                    Robert Strelecky
                    CLIFFORD LAW OFFICES, P.C.
                    120 North LaSalle, 31st Floor
                    Chicago, Illinois 60602
                    (312) 899-9090
                    kah@cliffordlaw.com

1
**CERTIFICATE OF SERVICE**

The undersigned, an Attorney for Plaintiff, hereby certifies that in accordance with Fed. R. Civ. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF MOTION: PLAINTIFF'S MOTION TO REMAND THE INSTANT CAUSE TO THE CIRCUIT COURT OF COOK COUNTY, OR IN THE ALTERNATIVE FOR PARTIAL REMAND**

was served pursuant to the district court's ECF system as to the following ECF filers:

*Attorney for United States of America*
Ann L. Wallace
Assistant U.S. Attorney, Patrick J. Fitzgerald
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 866-9082
Email: Ann.Wallace@usdoj.gov

*Attorneys for SINAI COMMUNITY FOUNDATION d/b/a SINAI MEDICAL GROUP, LTD., a corporation, and SANDEEP KHOSLA, M.D.*
Mary Kay Scott
Katie A. Whitehead
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
(312) 781-1970
Fax: (312) 781-9202
Email: kwhitehead@brennerlawfirm.com

and was sent by facsimile transmission (without exhibits) and first class mail (with exhibits) on April 3, 2008 to the following non-ECF filers:

*Attorneys for MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, a corporation*
Chad M. Castro
Barker & Castro, LLC
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 855-9300
Fax: (312) 855-9310

*Attorneys for ELIZABETH CLARK, M.D.*
Richard B. Foster
Donohue, Brown, Mathewson & Smyth
140 South Dearborn - Suite 700
Chicago, IL 60603
Main:        (312) 422-0900
Direct Dial: (312) 422-0971
Facsimile:   (312) 422-0909

*Attorneys for HOLY CROSS HOSPITAL, a corporation, EMERGENCY ROOM CARE PROVIDER, S.C., a corporation, NAGUI HANNA, M.D., and HANNA HEALTH, P.C., a corporation*

Benjamin E. Patterson
Hall, Prangle & Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Main:           (312) 345-9600
Direct Dial:    (312) 267-6204
Facsimile:      (312) 345-9608

and with courtesy notice being provided via facsimile transmission (without exhibits) to:

William J. Rogers
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60606
Main:           (312) 466-8000
Facsimile:      (312) 466-8001

/s/ Keith A. Hebeisen
Keith A. Hebeisen #6185378
Robert Strelecky
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, 31st Floor
Chicago, Illinois 60602
(312) 899-9090
kah@cliffordlaw.com