KAH/abb         07-0079

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKITTA HERNANDEZ, | ) | |
| | ) | No. 08 C 1380 |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, SINAI | ) | |
| HEALTH SYSTEM, a corporation, et al., | ) | Formerly Case No. 07 L 008301 |
| | ) | Circuit Court of Cook County, Illinois |
| Defendants. | ) | |

**MOTION FOR LEAVE FOR BRIEFING SCHEDULE**

Plaintiff, LAKITTA HERNANDEZ, by her attorneys, hereby presents Plaintiff's Motion to Remand the instant cause to the Circuit Court of Cook County, or in the alternative For Partial Remand, and moves the Honorable Court to enter an Order granting her 45 days, or such other time as the Court may deem just in the premises, to file her Memorandum in Support of her Motion for Remand or in the alternative for Partial Remand, in support of which she respectfully states:

1.   That this cause was removed from the Circuit Court of Cook County to the Northern District by Petition filed on March 7, 2008.  On March 18, 2008, the parties appeared before this Court in connection with this cause, and the Court gave Plaintiff leave to conduct discovery in connection with removal issues.  That discovery has been commenced, but not yet concluded.

2.   That prior to the expiration of the statutory thirty days, Plaintiff has made her Motion for Remand or in the alternative for Partial Remand, based upon what she

believes to grounds for relief, that Dr. Jose D. Benatar, at the time he rendered the services complained of in her Complaint, was not acting in the scope of his employment for the United States or and qualifying agency.

3. That while Plaintiff possess evidence which support that position, it is understood that a much fuller picture of the circumstances will be known after discovery is completed. Accordingly, the Plaintiff believes that the proper time to file her Supporting Memorandum will be when the discovery is completed, when the facts will be more fully known and the factual issues effectively argued.

4. That the allowance of this time is consistent with judicial understanding of the proceedings under §1447(c), which are not to be conducted "with unwarranted haste in a factual vacuum." *Federal Deposit Insurance Corp. v. Loyd*, 955 F.2d 316, 323 (5th Cir. 1992). Accordingly, there is no need that the motion be ruled on within the thirty days, only that issue be raised. *Id*.

5. Additionally, there will be no prejudice sustained by any party by the allowance of this additional time, but rather the interests of justice and judicial economy will be served.

WHEREFORE, Plaintiff asks that the Court enter an Order:

(a) granting her 45 days to file a Memorandum in Support of her Motion for Remand or in the alternative for Partial Remand, or for such other time as the Court may deem just in the premises;

(b) allowing the United States 45 days, or such other time as may be more convenient to it, for the filing of its Response to the Motion for Remand or in the alternative for Partial Remand;

(c) granting the Plaintiff up to 14 days to file a Reply,

(d) setting the matter for status or hearing at a time thereafter as may be convenient to the Court and the parties;

(e) for such further or additional relief as the Plaintiff may be entitled to in the premises.

Respectfully Submitted,

/s/ Keith A. Hebeisen
Keith A. Hebeisen #6185378
Robert Strelecky
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, 31st Floor
Chicago, Illinois 60602
(312) 899-9090
kah@cliffordlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an Attorney for Plaintiff, hereby certifies that in accordance with Fed. R. Civ. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**PLAINTIFF'S MOTION FOR LEAVE FOR BRIEFING SCHEDULE**

was served pursuant to the district court's ECF system as to the following ECF filers:

*Attorney for United States of America*
Ann L. Wallace
Assistant U.S. Attorney, Patrick J. Fitzgerald
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 866-9082
Email: Ann.Wallace@usdoj.gov

*Attorneys for SINAI COMMUNITY FOUNDATION d/b/a SINAI MEDICAL GROUP, LTD., a corporation, and SANDEEP KHOSLA, M.D.*
Mary Kay Scott
Katie A. Whitehead
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
(312) 781-1970
Fax: (312) 781-9202
Email: kwhitehead@brennerlawfirm.com

and was sent by facsimile transmission (without exhibits) and first class mail (with exhibits) on April 3, 2008 to the following non-ECF filers:

*Attorneys for MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, a corporation*
Chad M. Castro
Barker & Castro, LLC
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 855-9300
Fax: (312) 855-9310


*Attorneys for ELIZABETH CLARK, M.D.*
Richard B. Foster
Donohue, Brown, Mathewson & Smyth
140 South Dearborn - Suite 700

Chicago, IL 60603
Main:            (312) 422-0900
Direct Dial:     (312) 422-0971
Facsimile:       (312) 422-0909

*Attorneys for HOLY CROSS HOSPITAL, a corporation, EMERGENCY ROOM CARE PROVIDER, S.C., a corporation, NAGUI HANNA, M.D., and HANNA HEALTH, P.C., a corporation*
Benjamin E. Patterson
Hall, Prangle & Schoonveld, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Main:            (312) 345-9600
Direct Dial:     (312) 267-6204
Facsimile:       (312) 345-9608

and with courtesy notice being provided via facsimile transmission (without exhibits) to:

William J. Rogers
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60606
Main:            (312) 466-8000
Facsimile:       (312) 466-8001

                                              /s/ Keith A. Hebeisen
                                              Keith A. Hebeisen #6185378
                                              Robert Strelecky
                                              CLIFFORD LAW OFFICES, P.C.
                                              120 North LaSalle, 31st Floor
                                              Chicago, Illinois 60602
                                              (312) 899-9090
                                              kah@cliffordlaw.com