U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 1380
LAKITTA HERNANDEZ,
v.
UNITED STATES OF AMERICA, SINAI
HEALTH SYSTEM, a corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Holy Cross Hospital, Emergency Room Care Providers, S.C., Hanna Health, P.C., Dr. Paul Allegretti and Dr. Nagui Hanna

| NAME (Type or print) |
| --- |
| Benjamin E. Patterson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Benjamin E. Patterson |
| FIRM |
| Hall Prangle & Schoonveld, LLC |
| STREET ADDRESS |
| 200 South Wacker Drive, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6217538 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKITTA HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1380 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Kocoras |
| SINAI HEALTH SYSTEM, a corporation, | ) | |
| et al. | ) | |
| | ) | Formerly Case No. 07 L 008301 |
| Defendants. | ) | Circuit Court of Cook County, Illinois |

## CERTIFICATE OF SERVICE

To:    SEE ATTACHED SERVICE LIST
*******************************************************************************

The undersigned, being first duly sworn upon oath, deposes and states that she served copies of *Defendants Holy Cross Hospital, Emergency Room Care Providers, S.C.. Hanna Health, P.C., Dr. Nagui Hanna and Dr. Paul Allegretti's Attorney Appearance Form* by mailing a true and correct copy thereof to the above named attorney(s) of record at their respective addresses and depositing the same in the U.S. mail at 200 S. Wacker Drive, Chicago, Illinois at 5:00 p.m., with proper postage prepaid, on April 8, 2008.

*[signature]*

[x]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109,
       I certify that the statements set forth herein are true and correct.

*Lakitta Hernandez v. United States of America, et al.*
Federal Court No. 08 C 1380, Judge St. Kocoras
HPS File No. 0001-0093

## SERVICE LIST

***Attorneys for Plaintiff***
Keith A. Hebeisen
Clifford Law Offices
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
T:   312.899.9090
F:   312.251.1160

***Attorneys for Elizabeth Clark, M.D.***
Richard B. Foster
Donohue Brown Mathewson
140 South Dearborn Street, Suite 700
Chicago, Illinois 60603
T:   312.422.0900
F:   312.422.0909

***Attorneys for Sinai Community Foundation d/b/a Sinai Medical Group, Ltd., a corporation, and Sandeep Khosla, M.D.***
Mary Kay Scott
Brenner Ford & Monroe, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
T:   312.781.1970
F:   312.781.9202

***Attorneys for Mount Sinai Hospital Medical Center of Chicago, a corporation***
Chad M. Castro
Barker Castro, LLC
115 South LaSalle Street, Suite 2200
Chicago, Illinois 60603
T:   312.855.9300
F:   312.855.9310

***Attorneys for Jose Daniel Benatar, M.D.***
William J. Rogers
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, Illinois 60606
T:   312.466.8000
F:   312.466.8001

**Attorney for United States of America**
Ann L. Wallace
Assistant U.S. Attorney, Patrick J. Fitzgerald
219 South Dearborn Street
Chicago, Illinois  60604
T:     312.866.9082