# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1380 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Hernandez vs. Sinai Health Systems et al | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 5/28/2008. By agreement of the parties, plaintiff's motion [11] to remand is granted. All other pending motions are moot. The complaint is hereby remanded to the Circuit Court of Cook County.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | SCT |
|---|---|---|